Robert V. Prongay (#270796)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZURE FUNDS LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEETAH MOBILE, INC., SHENG FU, VINCENT ZHENYU JIANG, and THOMAS JINTAO REN,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Azure Funds LLC ("Plaintiff"), individually and on behalf of all others similarly situated, by and through its attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, its counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Cheetah Mobile, Inc. ("Cheetah Mobile" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Cheetah Mobile; and (c) review of other publicly available information concerning Cheetah Mobile.

## NATURE OF THE ACTION AND OVERVIEW

1.     This is a class action on behalf of persons and entities that purchased or otherwise acquired Cheetah Mobile securities between March 25, 2019 and February 20, 2020, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2.     Cheetah Mobile is a mobile Internet company that offers mobile utility products (such as Clean Master and Cheetah Keyboard), casual games (such as Piano Tiles 2, Bricks n Balls), and live streaming product Live.me. The Company provides its advertising customers, which include direct advertisers and mobile advertising networks through which advertisers place their advertisements, with direct access to highly targeted mobile users and global promotional channels.

3.     On February 21, 2020, before the market opened, the Company disclosed that its Google Play Store, Google AdMob, and Google AdManager accounts were disabled on February 20, 2020 "because some of the Company's apps had not been compliant with Google policies, resulting in certain invalid traffic."

4.     On this news, the Company's share price fell $0.61, or nearly 17%, to close at $2.99 per share on February 21, 2020, on unusually heavy trading volume.

5.     Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that certain of Cheetah Mobile's apps were not compliant with the terms of its agreements with Google; (2) that, as a result, there was a reasonable likelihood that Google would terminate its advertising contracts with the Company; (3) that, as a result of the foregoing, the Company's ability to attract new users would be adversely impacted; (4) that, as a result, the Company's revenue was reasonably likely to decline; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

6.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7.     The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

9.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District.

10.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate

commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## **PARTIES**

11.     Plaintiff Azure Funds LLC, as set forth in the accompanying certification, incorporated by reference herein, purchased Cheetah Mobile securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

12.     Defendant Cheetah Mobile is incorporated under the laws of the Cayman Islands with its principal executive offices located in Beijing, China. Cheetah Mobile's American Depositary Shares ("ADS" or "shares") trade on New York Stock Exchange ("NYSE") under the symbol "CMCM."

13.     Defendant Sheng Fu ("Fu") was the Company's Chief Executive Officer ("CEO") at all relevant times.

14.     Defendant Vincent Zhenyu Jiang ("Jiang") was the Company's Chief Financial Officer ("CFO") from 2017 to January 31, 2020.

15.     Defendant Thomas Jintao Ren ("Ren") has been the Company's CFO since January 31, 2020.

16.     Defendants Fu, Jiang, and Ren (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being

concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein.

## **SUBSTANTIVE ALLEGATIONS**

### **Background**

17.     Cheetah Mobile is a mobile Internet company that offers mobile utility products (such as Clean Master and Cheetah Keyboard), casual games (such as Piano Tiles 2, Bricks n Balls), and live streaming product Live.me. The Company provides its advertising customers, which include direct advertisers and mobile advertising networks through which advertisers place their advertisements, with direct access to highly targeted mobile users and global promotional channels.

### **Materially False and Misleading**
### **Statements Issued During the Class Period**

18.     The Class Period begins on March 25, 2019. On that day, Cheetah Mobile announced its fourth quarter and full year 2018 financial results in a press release that stated, in relevant part:[1]

### **Fiscal Year 2018 Results**

### **REVENUES**

Total revenues increased by 2.2% to RMB4,981.7 million (US$724.6 million) in 2018.

**Revenues from utility products and related services** decreased by 6.7% year over year to RMB3,119.5 million (US$453.7 million) in 2018. The decrease was due to (i) a decline in revenues from the Company's mobile utility products and related services business in the overseas markets mostly as a result of the discontinuation of certain ad formats, i.e., ads on mobile phone lock screens, by the Company's overseas third-party advertising partners, and (ii) a decline in the Company's PC-related revenues. This decrease was largely offset by an increase in revenues from the mobile utility products and related services business in China. Revenues from utility products and related services in the domestic market increased by 22.3% year over year to RMB1,794.4 million (US$261.0 million) in 2018, accounting for 36.0% of total revenues.

---

[1] Footnotes omitted.

19.     On April 26, 2019, Cheetah Mobile filed its annual report on Form 20-F for the period ended December 31, 2018 with the SEC, affirming the previously reported financial results. Moreover, regarding the Company's relationship with Google, the annual report stated, in relevant part:

> **Because a limited number of customers contribute to a significant portion of our revenues, our revenues and results of operations could be materially and adversely affected if we were to lose a significant customer or a significant portion of its business.**
>
> Currently, a limited number of customers contribute a significant portion of our revenues. Our customers primarily comprise mobile application developers, mobile game developers, mobile advertising networks, e-commerce companies and search engines to which we refer traffic and sell advertisements and individual customers. In 2016, 2017 and 2018, our five largest customers in aggregate contributed approximately 47.9%, 44.7% and 41.3% of our revenues, respectively. Google became our largest customer since 2017, and contributed 14.4% of our total revenues in 2018, compared to 15.2% in 2017. We expect that a limited number of our customers will continue to contribute a significant portion of our revenues in the near future. **If we lose any of these customers, or if revenues generated from a significant customer are substantially reduced due to, for example,** increased competition, a significant change in the customer's business policy or operation, **suspected breach or violation to the underlying contract or policy, any deterioration in customer relationship,** or significant delays in payments for our services, **our business, financial condition and results of operations may be materially and adversely affected.** For example, some of overseas business partners have discontinued the placement of ads on mobile phone lock screens since May 2017 and January 2018, respectively, which adversely affected our revenues from utility products and related services. In addition, on November 26, 2018, a third party made certain allegations about some of our products. Although we have made a number of public statements to clarify the matter, these allegations did cause a disruption to our business, and as a result, our revenues from utility products and related services decreased by 6.3% quarter over quarter to RMB783.0 million (US$113.9 million) in the fourth quarter of 2018.
>
> \*     \*     \*
>
> If major mobile application distribution channels change their standard terms and conditions in a manner that is detrimental to us, or terminate their existing relationship with us, our business, financial condition and results of operations may be materially and adversely affected.
>
> We rely on third-party mobile application distribution channels such as Google Play and iOS App Store and various advertising platforms to distribute most of our mobile applications to users. In China, where Google Play is not available, we collaborate with similar local distribution channels to distribute our mobile applications. We expect a substantial number of downloads of our mobile applications will

CLASS ACTION COMPLAINT
5

continue to be derived from these distribution channels. As such, the promotion, distribution and operation of our applications are subject to such distribution channels' standard terms and policies for application developers, which are subject to the interpretation of, and frequent changes by, these distribution channels. If Google Play, iOS App Store or any other major distribution channel changes their standard terms and conditions in a manner that is detrimental to us, or terminate their existing relationship with us, our business, financial condition and results of operations may be materially and adversely affected.

20.     On June 14, 2019, the Company announced its first quarter 2019 financial results in a press release that stated, in relevant part:

**First Quarter 2019 Consolidated Financial Results**

**REVENUES**

Total revenues were RMB1,085.6 million (US$161.8 million) in the first quarter of 2019.

**Revenues from utility products and related services** decreased by 33.1% year over year to RMB497.9 million (US$74.2 million) in the first quarter of 2019. The year-over-year decrease was primarily due to continuous disruptions to the Company's overseas mobile utility business as a result of the negative publicity caused by a news article published in 2018.

21.     On August 20, 2019, Cheetah Mobile announced its second quarter 2019 financial results in a press release that stated, in relevant part:

**Second Quarter 2019 Consolidated Financial Results**

**REVENUES**

Total revenues were RMB970.1 million (US$141.3 million) in the second quarter of 2019, decreasing by 12.1% year over year.

**Revenues from utility products and related services** decreased by 44.0% year over year to RMB423.5 million (US$61.7 million) in the second quarter of 2019. This year-over-year decrease was primarily due to the slowdown of the Company's overseas mobile utility business, resulting from the negative publicity caused by a news article from 2018, and the softness of the domestic advertising industry in 2019.

22.     On November 13, 2019, Cheetah Mobile announced its third quarter 2019 financial results in a press release that stated, in relevant part:

**<u>Third Quarter 2019 Consolidated Financial Results</u>**

**REVENUES**

Total revenues were RMB919.9 million (US$128.7million) in the third quarter of 2019, decreasing by 32.0% year over year.

**Revenues from the mobile entertainment business** increased by 6.9% year over year to RMB532.2 million (US$74.5million) in the third quarter of 2019.

**Revenues from the mobile games business** increased by 4.2% year over year to RMB297.2 million (US$41.6 million) in the third quarter of 2019. This increase was mainly attributable to the continued growth of Bricks n Balls.

- Revenues from LiveMe increased by 10.6% year over year to RMB235.0 million (US$32.9 million) in the third quarter of 2019. The increase was primarily driven by higher average revenue per paying user.

- Revenues from utility products and related services decreased by 57.8% year over year to RMB352.9 million (US$49.4 million) in the third quarter of 2019. This year-over-year decrease was primarily due to the slowdown of activity in overseas markets for the Company's mobile utility product business. Continuous headwinds in the domestic online advertising market in 2019 also contributed to this decrease.

23.    The above statements identified in ¶¶ 18-22 were materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors: (1) that certain of Cheetah Mobile's apps were not compliant with the terms of its agreements with Google; (2) that, as a result, there was a reasonable likelihood that Google would terminate its advertising contracts with the Company; (3) that, as a result of the foregoing, the Company's ability to attract new users would be adversely impacted; (4) that, as a result, the Company's revenue was reasonably likely to decline; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

**Disclosures at the End of the Class Period**

24.   On February 21, 2020, before the market opened, the Company disclosed that its Google Play Store, Google AdMob, and Google AdManager accounts were disabled on February 20, 2020 "because some of the Company's apps had not been compliant with Google policies, resulting in certain invalid traffic." Specifically, in a press release, Cheetah Mobile stated, in relevant part:

> Cheetah Mobile Inc. (NYSE: CMCM) ("Cheetah Mobile" or the "Company"), a leading mobile internet company with global market coverage, today announced that it has been informed by Google that the Company's Google Play Store, Google AdMob and Google AdManager accounts have been disabled on February 20, 2020, and the associated contracts will be terminated.
>
> Pending the restoration of Google collaboration, the Company expects its ability to attract new users and generate revenue from Google may be materially adversely affected from February 2020. *In the first nine months of 2019, Cheetah Mobile generated 22.6% of its total revenues from Google, including revenues from the mobile advertising business and revenues from the purchase and consumption of virtual items by users via Google as a channel.*
>
> *According to Google, the decision was made because some of the Company's apps had not been compliant with Google policies, resulting in certain invalid traffic.* The Company is in continuous communication with Google to appeal the decision, clarify any misunderstanding, and adopt any requisite remedial measures to restore the disabled accounts. However, the appealing process could be time-consuming, and the Company cannot guarantee that its appeals will be successful.
>
> Cheetah Mobile remains committed to upholding the high standards in the industry and complying with Google Play developer policies, GDPR, laws, and regulations. The Company's priority has always been to protect the interests of its users and enhance the user experience.

25.   On this news, the Company's share price fell $0.61, or nearly 17%, to close at $2.99 per share on February 21, 2020, on unusually heavy trading volume.

**CLASS ACTION ALLEGATIONS**

26.   Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Cheetah Mobile securities between March 25, 2019 and February 20, 2020, inclusive, and who were damaged thereby

(the "Class").  Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

27.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Cheetah Mobile's shares actively traded on the NYSE.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class.  Millions of Cheetah Mobile shares were traded publicly during the Class Period on the NYSE.  Record owners and other members of the Class may be identified from records maintained by Cheetah Mobile or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

28.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

29.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

30.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)     whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)     whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Cheetah Mobile; and

1        (c)    to what extent the members of the Class have sustained damages

2 and the proper measure of damages.

3        31.    A class action is superior to all other available methods for the fair and

4 efficient adjudication of this controversy since joinder of all members is

5 impracticable.  Furthermore, as the damages suffered by individual Class members

6 may be relatively small, the expense and burden of individual litigation makes it

7 impossible for members of the Class to individually redress the wrongs done to them.

8 There will be no difficulty in the management of this action as a class action.

9                              **UNDISCLOSED ADVERSE FACTS**

10        32.    The market for Cheetah Mobile's securities was open, well-developed

11 and efficient at all relevant times.  As a result of these materially false and/or

12 misleading statements, and/or failures to disclose, Cheetah Mobile's securities traded

13 at artificially inflated prices during the Class Period.  Plaintiff and other members of

14 the Class purchased or otherwise acquired Cheetah Mobile's securities relying upon

15 the integrity of the market price of the Company's securities and market information

16 relating to Cheetah Mobile, and have been damaged thereby.

17        33.    During the Class Period, Defendants materially misled the investing

18 public, thereby inflating the price of Cheetah Mobile's securities, by publicly issuing

19 false and/or misleading statements and/or omitting to disclose material facts necessary

20 to make Defendants' statements, as set forth herein, not false and/or misleading.  The

21 statements and omissions were materially false and/or misleading because they failed

22 to disclose material adverse information and/or misrepresented the truth about

23 Cheetah Mobile's business, operations, and prospects as alleged herein.

24        34.    At all relevant times, the material misrepresentations and omissions

25 particularized in this Complaint directly or proximately caused or were a substantial

26 contributing cause of the damages sustained by Plaintiff and other members of the

27 Class.  As described herein, during the Class Period, Defendants made or caused to

28 be made a series of materially false and/or misleading statements about Cheetah

Mobile's financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

35.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

36.     During the Class Period, Plaintiff and the Class purchased Cheetah Mobile's securities at artificially inflated prices and were damaged thereby.  The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

37.     As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Cheetah Mobile, their control over, and/or receipt and/or modification of Cheetah Mobile's allegedly materially misleading misstatements and/or their associations with the Company which made

them privy to confidential proprietary information concerning Cheetah Mobile, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

38.     The market for Cheetah Mobile's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Cheetah Mobile's securities traded at artificially inflated prices during the Class Period.   On March 25, 2019, the Company's share price closed at a Class Period high of $7.01 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Cheetah Mobile's securities and market information relating to Cheetah Mobile, and have been damaged thereby.

39.     During the Class Period, the artificial inflation of Cheetah Mobile's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Cheetah Mobile's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Cheetah Mobile and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

40.     At all relevant times, the market for Cheetah Mobile's securities was an efficient market for the following reasons, among others:

1      (a)     Cheetah Mobile shares met the requirements for listing, and was
2  listed and actively traded on the NYSE, a highly efficient and automated market;

3      (b)     As a regulated issuer, Cheetah Mobile filed periodic public reports
4  with the SEC and/or the NYSE;

5      (c)     Cheetah Mobile regularly communicated with public investors via
6  established  market  communication  mechanisms,  including  through  regular
7  dissemination of press releases on the national circuits of major newswire services
8  and through other wide-ranging public disclosures, such as communications with the
9  financial press and other similar reporting services; and/or

10     (d)     Cheetah Mobile was followed by securities analysts employed by
11 brokerage  firms  who  wrote  reports  about  the  Company,  and  these  reports  were
12 distributed to the sales force and certain customers of their respective brokerage firms.
13 Each of these reports was publicly available and entered the public marketplace.

14     41.     As a result of the foregoing, the market for Cheetah Mobile's securities
15 promptly digested current information regarding Cheetah Mobile from all publicly
16 available sources and reflected such information in Cheetah Mobile's share price.
17 Under these circumstances, all purchasers of Cheetah Mobile's securities during the
18 Class Period suffered similar injury through their purchase of Cheetah Mobile's
19 securities at artificially inflated prices and a presumption of reliance applies.

20     42.     A Class-wide presumption of reliance is also appropriate in this action
21 under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*,
22 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on
23 Defendants' material misstatements and/or omissions.  Because this action involves
24 Defendants' failure to disclose material adverse information regarding the Company's
25 business operations and financial prospects—information that Defendants were
26 obligated to disclose—positive proof of reliance is not a prerequisite to recovery.  All
27 that is necessary is that the facts withheld be material in the sense that a reasonable
28 investor might have considered them important in making investment decisions.

Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## NO SAFE HARBOR

43.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Cheetah Mobile who knew that the statement was false when made.

## FIRST CLAIM

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

44.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

45.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Cheetah Mobile's securities at artificially inflated prices.  In furtherance of this unlawful

scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

46.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Cheetah Mobile's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

47.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Cheetah Mobile's financial well-being and prospects, as specified herein.

48.     Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Cheetah Mobile's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Cheetah Mobile and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

49.     Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were

high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

50. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Cheetah Mobile's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

51. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Cheetah Mobile's securities was artificially inflated during the Class Period.

In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Cheetah Mobile's securities during the Class Period at artificially high prices and were damaged thereby.

52. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Cheetah Mobile was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Cheetah Mobile securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

53. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

54. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM

**Violation of Section 20(a) of The Exchange Act**
**Against the Individual Defendants**

55. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

56.   Individual Defendants acted as controlling persons of Cheetah Mobile within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

57.   In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

58.   As set forth above, Cheetah Mobile and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)   Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Dated: June 25, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: _/s/ Charles H. Linehan_
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Counsel for Plaintiff*

### SWORN CERTIFICATION OF PLAINTIFF

Cheetah Mobile Inc., **SECURITIES LITIGATION**

I, Milan Kusic, as owner of Azure Fund, LLC, certify:

1.  I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2.  I did not purchase Cheetah Mobile Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Cheetah Mobile Inc., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5.  I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ____ ☐ Check here if you are a current employee or former employee of the defendant Company.

    I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: _06/24/2020_                    _____
                                       (Please Sign Your Name Above)

(REDACTED)

**Azure Funds LLC's Transactions in Cheetah Mobile Inc. (CMCM)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/10/2019 | Bought | 303 | $4.2948 |
| 9/18/2019 | Bought | 2 | $3.7884 |
| 10/1/2019 | Bought | 2,814.89 | $3.6667 |
| 10/2/2019 | Bought | 111 | $3.5950 |
| 10/2/2019 | Bought | 8 | $3.5950 |
| 11/19/2019 | Bought | 21,750 | $3.4600 |