PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Defendant*
CHEETAH MOBILE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZURE FUNDS LLC, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEETAH MOBILE, INC., SHENG FU, VINCENT ZHENYU JIANG, and THOMAS JINTAO REN <br><br> Defendants. | CASE NO.: 2:20-cv-05696-MWF-PVC <br><br> Judge: Hon. Michael W. Fitzgerald <br> Complaint Filed: June 25, 2020 |
| NING WANG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEETAH MOBILE, INC., SHENG FU, VINCENT ZHENYU JIANG, and THOMAS JINTAO REN <br><br> Defendants. | CASE NO.: 2:20-cv-06896-MWF-PVC <br><br> Judge: Hon. Michael W. Fitzgerald <br> Complaint Filed: July 31, 2020 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER (1) CONSOLIDATING CASES; (2) EXTENDING TIME TO RESPOND TO COMPLAINT; AND (3) SETTING BRIEFING SCHEDULE ON ANY MOTION TO DISMISS** |

JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND

Plaintiff Azure Funds LLC ("Plaintiff Azure"), Plaintiff Ning Wang ("Plaintiff Wang" and, with Plaintiff Azure, "Plaintiffs") and Defendant Cheetah Mobile, Inc. ("Cheetah" and, with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on June 25, 2020, Plaintiff Azure filed the complaint in the first above-captioned action (the "Azure Action"), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, against Cheetah and Defendants Sheng Fu, Vincent Zhenyu Jiang and Thomas Jintao Ren (the "Individual Defendants");

WHEREAS, on July 31, 2020, Plaintiff Wang filed the complaint in the second above-captioned action (the "Wang Action"), a putative class action arising under the Exchange Act, including the PSLRA, 15 U.S.C. § 78u-4, against Cheetah and the Individual Defendants;

WHEREAS, the Azure Action and the Wang Action allege substantially similar allegations against Cheetah and the Individual Defendants;

WHEREAS, the Azure Action and the Wang Action assert the same causes of action against Cheetah and the Individual Defendants;

WHEREAS, Plaintiff Azure and Plaintiff Wang each seek to represent the same putative class of Cheetah shareholders in the Azure Action and Wang Action, respectively;

WHEREAS, the Azure Action and the Wang Action have already been designated as related cases;

WHEREAS, as the U.S. Supreme Court recently reiterated, the "PSLRA seeks to achieve Congress' goal of curbing duplicative litigation by . . . providing for the consolidation of similar class actions," *China Agritech, Inc. v. Resh*, 138 S. Ct. 1800, 1808 (2018);

WHEREAS, the Azure Action and the Wang Action are already both pending before this Court, the Honorable Michael W. Fitzgerald;

1

JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND

WHEREAS, the Parties agree that, pursuant to the requirements of the PSLRA, and in the interest of judicial economy, the Azure Action and the Wang Action should be consolidated under the first-filed Azure Action, *see China Agritech,* 138 S. Ct. at 1812 (Sotomayor, J., concurring) (the PSLRA "contemplates a process by which all prospective class representatives come forward in the first-filed class action and make their arguments to the court for lead-plaintiff status");

WHEREAS, service of the summons and complaint has not been effected as to Cheetah in either the Azure Action or the Wang Action;

WHEREAS, on August 18, 2020, counsel for Plaintiff Azure sent to counsel for Cheetah a request to waive service of the summons and complaint, and Cheetah has agreed to waive service;

WHEREAS, on August 21, 2020, counsel for Plaintiff Wang sent to counsel for Cheetah a request to waive service of the summons and complaint, and Cheetah has agreed to waive service;

WHEREAS, pursuant to the waiver of service, Cheetah's response to the complaint in the Azure Action is currently due on October 19, 2020;

WHEREAS, pursuant to the waiver of service, Cheetah's response to the complaint in the Wang Action is currently due on October 20, 2020;

WHEREAS, as of the date of this stipulation, the Individual Defendants have not yet been effectively served with the summons and complaint in either action, and therefore, no response date for the Individual Defendants has been set;

WHEREAS, Section 21D(a)(3)(A)(i) of the PSLRA, 15 U.S.C. 78u-4(a)(3)(A)(i), requires a plaintiff to cause a public notice to be published within 20 days of filing a putative class action that arises under the PSLRA, which notice Plaintiff Azure published on June 26, 2020;

WHEREAS, any purported class member has 60 days from the date the notice was published to move the Court to serve as lead plaintiff on behalf of the putative class, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

2

WHEREAS, the Court must consider any lead plaintiff motions no later than 90 days after the notice was published, 15 U.S.C. § 78u-4(a)(3)(B)(i);

WHEREAS, once selected, the lead plaintiff will then appoint lead counsel, subject to the Court's approval, 15 U.S.C. § 78u-4(a)(3)(B)(v), and identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, the Parties agree that, in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading (whether in the Azure Action, the Wang Action or the consolidated action), including any motion brought pursuant to Federal Rule of Civil Procedure 12, should occur until after the Court appoints a lead plaintiff and lead counsel pursuant to the PSLRA and an amended complaint is filed; and

WHEREAS, the Parties agree that, in the interests of judicial economy and orderly management of the action, a briefing schedule should be established with respect to any motion that Cheetah or any Individual Defendant may bring pursuant to Federal Rule of Civil Procedure 12;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil Rule 7-1, by and between the undersigned counsel for the undersigned Parties, subject to Court approval, as follows:

1.    The Azure Action and the Wang Action shall be consolidated under the case number of the first-filed Azure Action.

2.    Neither Cheetah nor any Individual Defendant is required to respond to the complaint previously filed in either the Azure Action or the Wang Action.

3.    The time for the lead plaintiff to designate an operative complaint or file an amended complaint shall be 60 days from the date the Court appoints a lead plaintiff.

4.    The time for Cheetah and any other properly served Individual Defendant to answer, move, or otherwise respond to the amended complaint, including bringing

3

JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND

any motion pursuant to Federal Rule of Civil Procedure 12, shall be 60 days from the filing of the lead plaintiff's amended complaint.

5.     The time for lead plaintiff to oppose any motion filed pursuant to Federal Rule of Civil Procedure 12 shall be 45 days from the filing of that motion.

6.     Reply papers, if any, in support of a motion filed pursuant to Federal Rule of Civil Procedure 12 shall be filed within 30 days of the filing of the lead plaintiff's opposition.

7.     Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in the Azure Action, the Wang Action or the consolidated action.

DATED:  August 21, 2020

Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP

By:     _/s/ Charles H. Linehan_
                CHARLES H. LINEHAN
                *Attorneys for Plaintiff*
                AZURE FUNDS LLC

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Email: info@glancylaw.com
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

4

JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND

POMERANTZ LLP


By:    _____/s/ Jennifer Pafiti_____
                    JENNIFER PAFITI
                    *Attorney for Plaintiff*
                    NING WANG

            1100 Glendon Avenue, 15th Floor
            Los Angeles, California 90024
            Email: jpafiti@pomlaw.com
            Telephone: (310) 405-7190

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:    _____/s/ Virginia F. Milstead_____
                    VIRGINIA F. MILSTEAD
                    *Attorneys for Defendant*
                    CHEETAH MOBILE, INC.

            300 South Grand Avenue, Suite 3400
            Los Angeles, California 90071
            Email: virginia.milstead@skadden.com
            Telephone: (213) 687-5000
            Facsimile: (213) 687-5600

*I, Virginia F. Milstead, attest that all other signatories below, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.*

5
JOINT STIPULATION CONSOLIDATING CASES AND EXTENDING TIME TO RESPOND