

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZURE FUNDS LLC, Individually and On Behalf of All Others Similarly Situated, | CASE NO.: 2:20-cv-05696-MWF-PVC |
| Plaintiff, | JUDGE:  Hon. Michael W. Fitzgerald |
| v. | |
| CHEETAH MOBILE, INC., SHENG FU, VINCENT ZHENYU JIANG, and THOMAS JINTAO REN | |
| Defendants. | |
| NING WANG, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 2:20-cv-06896-MWF-PVC |
| Plaintiff, | JUDGE:  Hon. Michael W. Fitzgerald |
| v. | **[PROPOSED] ORDER (1) CONSOLIDATING ACTIONS; (2) EXTENDING TIME TO RESPOND TO COMPLAINT; AND (3) SETTING BRIEFING SCHEDULE ON ANY MOTION TO DISMISS** |
| CHEETAH MOBILE, INC., SHENG FU, VINCENT ZHENYU JIANG, and THOMAS JINTAO REN | |
| Defendants. | |

[PROPOSED] ORDER

This matter comes before the Court on the Parties' Joint Stipulation Consolidating Cases, Extending Time To Respond To Complaint, and Setting Briefing Schedule on any Motion to Dismiss (the "Stipulation"). Having considered the Stipulation and good cause appearing therefor:

The Court GRANTS the Stipulation and ORDERS the following:

1. The Azure Action and the Wang Action are consolidated and the caption for future filings will be: *In re Cheetah Mobile, Inc. Securities Litigation*, 2:20-cv-05696-MWF-PVC.

2. Neither Cheetah nor any Individual Defendant is required to respond to the complaint previously filed in either the Azure Action or the Wang Action.

3. The time for the lead plaintiff to designate an operative complaint or file an amended complaint shall be 60 days from the date the Court appoints a lead plaintiff.

4. The time for Cheetah and any other properly served Individual Defendant to answer, move, or otherwise respond to the amended complaint, including bringing any motion pursuant to Federal Rule of Civil Procedure 12, shall be 60 days from the filing of the lead plaintiff's amended complaint.

5. The time for lead plaintiff to oppose any motion filed pursuant to Federal Rule of Civil Procedure 12 shall be 45 days from the filing of that motion.

6. Reply papers, if any, in support of a motion filed pursuant to Federal Rule of Civil Procedure 12 shall be filed within 30 days of the filing of the lead plaintiff's opposition.

//
//
//
//
//

1

[PROPOSED] ORDER

7.      Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in the Azure Action, the Wang Action or the newly consolidated action.

IT IS SO ORDERED.


DATED:

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER