Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Movants and [Proposed]*
*Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHEETAH MOBILE, INC. SECURITIES LITIGATION | No. 2:20-cv-05696-MWF (PVCx) |
| | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** |
| | CLASS ACTION |
| | Judge: Hon. Michael W. Fitzgerald |
| | Hearing Date: September 28, 2020 |
| | Time: 10:00 a.m. |
| | Ctrm:  5A – First Street Courthouse |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF GUAN WEI
MAO AND JUN YU FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF
CHOICE OF COUNSEL; 2:20-cv-05696-MWF (PVCx)

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for Guan Wei Mao and Jun Yu ("Movants"). I make this declaration in support of Movants' motion for appointment as Lead Plaintiffs and approval of Movants' choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    PSLRA certifications of Movants;

Exhibit 3:    Movants' loss charts;

Exhibit 4:    Joint Declaration in Support of Lead Plaintiff Motion;

Exhibit 5:    The firm resume of The Rosen Law Firm, P.A.; and

Exhibit 6:    The firm resume of Pomerantz LLP

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this August 25, 2020.

/s/Laurence M. Rosen
Laurence M. Rosen

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL; 2:20-cv-05696-MWF (PVCx)

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On August 25, 2020, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 25, 2020.

/s/Laurence M. Rosen
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL; 2:20-cv-05696-MWF (PVCx)