# Exhibit 1





## CMCM CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Cheetah Mobile, Inc.

June 26, 2020 12:52 AM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Central District of California captioned *Azure Funds LLC v. Cheetah Mobile, Inc., et al.*, (Case No. 20-cv-05696) on behalf of persons and entities that purchased or otherwise acquired Cheetah Mobile, Inc. ("Cheetah Mobile" or the "Company") (NYSE: CMCM) securities between **March 25, 2019 and February 20, 2020,** inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Cheetah Mobile investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at: https://www.glancylaw.com/cases/cheetah-mobile-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

On February 21, 2020, before the market opened, Cheetah Mobile disclosed that its Google Play Store, Google AdMob, and Google AdManager accounts were disabled on February 20, 2020 "because some of the Company's apps had not been compliant with Google policies, resulting in certain invalid traffic."

On this news, the Company's share price fell $0.61, or nearly 17%, to close at $2.99 per share on February 21, 2020, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that certain of Cheetah Mobile's apps were not compliant with the terms of its agreements with Google; (2) that, as a result there was a reasonable likelihood that Google would terminate its advertising contracts with the Company; (3) that, as a result of the foregoing, the Company's ability to attract new users would be adversely impacted; (4) that, as a result, the Company's revenue was reasonably likely to decline; and (5) that as a result, Defendants' statements about the Company's business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased CooTek Mobile securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles H. Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay and Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

#Hashtags

| #classaction | #notice | #investors |
|---|---|---|

$Cashtags

| $CMCM |
|---|

/