# Exhibit 3

**Cheetah Mobile Inc. Loss Chart**
**Class Period: March 25, 2019 through February 20, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $2.25 |
| Mao, Guan Wei | 4/3/2019 | 3,000 | ($6.49) | ($19,470.00) | | | | | | | | |
| | 4/11/2019 | 2,000 | ($6.19) | ($12,388.60) | | | | | | | | |
| | | 5,000 | | ($31,858.60) | | | | | 5,000 | $11,226.98 | ($20,631.62) | |

**Cheetah Mobile Inc. (CMCM)**
**Class Period: March 25, 2019 to February 20, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Day Mean Price $2.2454 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 12,000 | | | | | | | |
| Jun Yu | 4/10/2019 | 700 | $6.5400 | ($4,578) | 3/9/2020 | (1,000) | $2.9575 | $2,958 | | | | | |
| Jun Yu | 6/10/2019 | 500 | $4.2200 | ($2,110) | 3/25/2020 | (1,000) | $2.5892 | $2,589 | | | | | |
| Jun Yu | 6/11/2019 | 500 | $4.1797 | ($2,090) | 3/25/2020 | (1,000) | $2.5892 | $2,589 | | | | | |
| Jun Yu | 6/11/2019 | 700 | $4.1798 | ($2,926) | 3/27/2020 | (6,000) | $2.5496 | $15,298 | | | | | |
| Jun Yu | 6/11/2019 | 700 | $4.1900 | ($2,933) | 4/6/2020 | (5,000) | $2.4556 | $12,278 | | | | | |
| Jun Yu | 6/11/2019 | 500 | $4.1600 | ($2,080) | | | | | | | | | |
| Jun Yu | 6/11/2019 | 500 | $4.0500 | ($2,025) | | | | | | | | | |
| Jun Yu | 6/11/2019 | 1,000 | $4.1100 | ($4,110) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.7300 | ($1,865) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 1,000 | $3.8869 | ($3,887) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 1,400 | $3.9069 | ($5,470) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.8100 | ($1,905) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 1,000 | $3.8200 | ($3,820) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.9000 | ($1,950) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.7900 | ($1,895) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.8800 | ($1,940) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.8300 | ($1,915) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.8100 | ($1,905) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.8000 | ($1,900) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.7800 | ($1,890) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.7400 | ($1,870) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 1,000 | $3.7700 | ($3,770) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 1,500 | $3.7800 | ($5,670) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 500 | $3.7200 | ($1,860) | | | | | | | | | |
| Jun Yu | 6/14/2019 | 1,500 | $3.7996 | ($5,699) | | | | | | | | | |
| Jun Yu | 7/12/2019 | 2,000 | $3.6200 | ($7,240) | | | | | | | | | |
| Jun Yu | 7/12/2019 | 1,000 | $3.6400 | ($3,640) | | | | | | | | | |
| Jun Yu | 8/22/2019 | 400 | $3.9800 | ($1,592) | | | | | | | | | |
| Jun Yu | 8/22/2019 | 300 | $3.9800 | ($1,194) | | | | | | | | | |
| Jun Yu | 11/6/2019 | 1,300 | $4.0373 | ($5,248) | | | | | | | | | |
| Jun Yu | 11/6/2019 | 1,000 | $4.0100 | ($4,010) | | | | | | | | | |
| Jun Yu | 11/6/2019 | 100 | $4.0100 | ($401) | | | | | | | | | |
| Jun Yu | 11/6/2019 | 500 | $4.0100 | ($2,005) | | | | | | | | | |
| Jun Yu | 11/12/2019 | 500 | $4.2000 | ($2,100) | | | | | | | | | |
| Jun Yu | 11/12/2019 | 900 | $4.1900 | ($3,771) | | | | | | | | | |
| Jun Yu | 11/12/2019 | 200 | $4.1800 | ($836) | | | | | | | | | |
| Jun Yu | 11/12/2019 | 1,500 | $4.2013 | ($6,302) | | | | | | | | | |
| Jun Yu | 11/12/2019 | 100 | $4.2000 | ($420) | | | | | | | | | |
| Jun Yu | 11/29/2019 | 500 | $3.3300 | ($1,665) | | | | | | | | | |
| Jun Yu | 2/19/2020 | 2,294 | $3.4487 | ($7,911) | | | | | | | | | |
| Jun Yu | 2/19/2020 | 2,000 | $3.5275 | ($7,055) | | | | | | | | | |
| Jun Yu | 2/19/2020 | 3,000 | $3.5200 | ($10,560) | | | | | | | | | |
| **Jun Yu** | | **35,594** | | **($138,013)** | | **(14,000)** | | **$35,712** | **35,594** | **33,594** | **$75,432** | **($57,670)** | **($53,815)** |

*Avg Closing Prices from February 21 to May 20