Robert V. Prongay (#270796)
Charles Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movants Azure
Funds LLC and Jie Shang*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Cheetah Mobile, Inc. Securities Litigation, | Case No. CV 20-5696-MWF (PVCx) **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF AZURE FUNDS LLC AND JIE SHANG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** Date:     September 28, 2020 Time:     10:00 a.m. Crtrm.: 5A Judge:   Michael W. Fitzgerald |

DECLARATION OF CHARLES H. LINEHAN

I, Charles H. Linehan, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for lead plaintiff movants Azure Funds LLC and Jie Shang (together, "Movants") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of Movants' Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Business Wire* on June 26, 2020, announcing the pendency of the securities class action against the defendants herein;

Exhibit B:   Signed PSLRA Certifications of Movants;

Exhibit C:   Table of Movant's calculated losses, as a result of transactions in Cheetah Mobile, Inc. securities;

Exhibit D:   Joint Declaration of Milan Kusic and Jie Shang in Support of Their Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel; and

Exhibit E:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of August 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

1

625604.1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 25, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

2

625604.1