# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF

Cheetah Mobile Inc., **SECURITIES LITIGATION**

I, Milan Kusic, as owner of Azure Funds LLC, certify:

1. I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2. I did not purchase Cheetah Mobile Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Cheetah Mobile Inc., during the class period set forth in the Complaint are as follows:

   See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

   ___ ☐ Check here if you are a current employee or former employee of the defendant Company.

   I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 06/29/2020 _____

(Please Sign Your Name Above)

**(REDACTED)**

**Azure Funds LLC's Transactions in Cheetah Mobile Inc. (CMCM)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/10/2019 | Bought | 303 | $4.2948 |
| 9/18/2019 | Bought | 2 | $3.7884 |
| 10/1/2019 | Bought | 2,814.89 | $3.6667 |
| 10/2/2019 | Bought | 111 | $3.5950 |
| 10/2/2019 | Bought | 8 | $3.5950 |
| 11/19/2019 | Bought | 21,750 | $3.4600 |

**SWORN CERTIFICATION OF PLAINTIFF**

**CHEETAH MOBILE INC. SECURITIES LITIGATION**

I, Jie Shang, certify that:

1.    I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.    I did not purchase the Cheetah Mobile Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.    I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.    My transactions in Cheetah Mobile Inc. securities during the Class Period set forth in the Complaint are as follows:

(See attached transactions)

5.    I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.    I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

6/26/2020
_____
Date

DocuSigned by:
466E6D0A5041422...
_____
Jie Shang

**Jie Shang's Transactions in Cheetah Mobile Inc. (CMCM)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/21/2019 | Bought | 10,000 | $4.1700 |
| 8/21/2019 | Bought | 10,000 | $4.1664 |