# EXHIBIT C

## Loss Chart

**Company Name:** Cheetah Mobile Inc.
**Ticker:** CMCM
**Class Period:** March 25, 2019 to February 20, 2020

**Name:** Azure Funds LLC

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/10/2019 | 303 | $4.2948 | -$1,301.3244 | | $0.0000 | -$1,301.32 |
| 9/18/2019 | 2 | $3.7884 | -$7.5768 | | $0.0000 | -$7.58 |
| 10/1/2019 | 2,814.89 | $3.6667 | -$10,321.3572 | | $0.0000 | -$10,321.36 |
| 10/2/2019 | 111 | $3.5950 | -$399.0450 | | $0.0000 | -$399.05 |
| 10/2/2019 | 8 | $3.5950 | -$28.7600 | | $0.0000 | -$28.76 |
| 11/19/2019 | 21,750 | $3.4600 | -$75,255.0000 | | $0.0000 | -$75,255.00 |

| **Shares Remaining:** | **24,989** | | | | **Subtotal:** | **-$87,313.06** |
|---|---|---|---|---|---|---|
| | | 90-Day Average Price* | | Shares Remaining | 90-Day Average: | $56,109.97 |
| | | $2.2454 | | 24,989 | **Total:** | **-$31,203.09** |

**Name:** Jie Shang

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/21/2019 | 10,000 | $4.1700 | -$41,700.0000 | | $0.0000 | -$41,700.00 |
| 8/21/2019 | 10,000 | $4.1664 | -$41,664.3400 | | $0.0000 | -$41,664.34 |

| **Shares Remaining:** | **20,000** | | | | **Subtotal:** | **-$83,364.34** |
|---|---|---|---|---|---|---|
| | | 90-Day Average Price* | | Shares Remaining | 90-Day Average: | $44,907.94 |
| | | $2.2454 | | 20,000 | **Total:** | **-$38,456.40** |

*Using the average closing price between February 21, 2020 and May 20, 2020

| GPM Group Summary | |
|---|---|
| Azure Funds LLC: | -$31,203.09 |
| Jie Shang: | -$38,456.40 |
| **Total Loss:** | **-$69,659.49** |