# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Cheetah Mobile, Inc. Securities Litigation, | Case No. CV 20-5696-MWF (PVCx) |
| | **JOINT DECLARATION OF MILAN KUSIC AND JIE SHANG IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

JOINT DECLARATION

DocuSign Envelope ID: 56DF0494-BFFD-42E2-07D7-B16F8DA102E7

The undersigned, under penalties of perjury under the laws of the United States of America, declare as follows:

1.      We respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel filed concurrently herewith (the "Lead Plaintiff Motion"). We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.      I, Milan Kusic, live in Cook County Illinois. I own an insurance agency. I have a Bachelor of Arts degree in business management from the University of Phoenix. I have been managing my own portfolio and that of Azure Funds LLC ("Azure") for approximately 4 years. I own Azure Funds LLC and am authorized to institute legal action on Azure's behalf. I filed the initial complaint in this action.

3.      I, Jie Shang, live in Fairfax County, Virginia. I am an education consultant, and part time real estate agent. I have a Master of Business Administration (MBA) from Cranfield University School of Management in the U.K. I have been managing my own portfolio for approximately 8 years. I reached out to counsel, seeking representation in this class action against Cheetah Mobile Inc. ("Cheetah") and the other defendants.

4.      We expressed to counsel our willingness to seek joint appointment as lead plaintiff with other similarly situated investors. After reviewing the class action complaints against Cheetah and the other defendants, and before our Lead Plaintiff Motion was filed, we held a conference call with each other and with Glancy Prongay & Murray LLP ("GPM") to discuss filing a joint motion for appointment as lead plaintiff. During our discussion, we reviewed the respective responsibilities of counsel and lead plaintiff. We also discussed a protocol for maintaining in regular contact with each other and with counsel to ensure that we have an effective and efficient method of decision-making during the litigation. We have each other's contact information to allow for communication amongst ourselves absent the presence of counsel, if necessary.

5.    After participating in the conference call, we decided to move as a two-member group for appointment as lead plaintiff in this securities class action and to propose as lead counsel for the class the law firm of Glancy Prongay & Murray LLP.

6.    We believe that the Court should appoint us as lead plaintiff because we are investors with a significant interest in the outcome of the litigation, and we have the capability and competency to oversee this litigation to a successful conclusion. We have carefully considered, with the assistance of counsel, the merits of this action and our respective losses. We are capable of actively participating in this action and are committed to doing so, in part by working closely with our lead counsel, to obtain the best possible recovery for the class in an efficient manner.

7.    We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision-making and to work together if appointed in this action to protect the interests of the class. We will have periodic communications with counsel, and without if necessary, to discuss the status of the litigation and ensure its proper prosecution. We are committed to the zealous prosecution of this case and will remain actively involved in it, including through our attendance at deposition and trial, if necessary. We understand that if appointed we would both owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with lead counsel to obtain the largest possible recovery for the putative class in good faith and with vigorous advocacy.

8.    We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the class. We recognize that in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

9.    We have selected lead counsel in this action based upon their experience

and resources, and we are confident in our ability to work with our counsel to protect the interest of the class. We understand that one of our primary responsibilities will be overseeing lead counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

10.    We understand that, as the lead plaintiff in this action, we are subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 25th day of August 2020.

DocuSigned by:

Milan kusic
_____

Milan Kusic,
Owner of Azure Funds LLC

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 25th day of August 2020.

DocuSigned by:

_____

Jie Shang