Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movants Guan Wei Mao and*
*Jun Yu and [Proposed]*
*Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE: CHEETAH MOBILE, INC. SECURITIES LITIGATION | No. 2:20-cv-05696-MWF (PVCx) <br><br> **NOTICE OF RECENT DECISION IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU: (1) FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION** <br><br> CLASS ACTION <br><br> Judge: Hon. Michael W. Fitzgerald |
|---|---|

NOTICE OF RECENT DECISION IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU: (1) FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION - 2:20-cv-05696-MWF (PVCx)

Movants Mao and Yu[1] respectfully submit this Notice of Recent Decision in Support of their Motion for Appointment as Lead Plaintiffs and Approval of Choice of Counsel (Dkt. No. 16) and in Opposition to the Competing Motion filed by Azure Funds and Shang (Dkt. No. 20).  Mao and Yu hereby bring to the Court's attention the recent decision in *In Re Wrap Technologies, Inc. Securities Exchange Act Litigation*, 2021 WL 71433 (C.D. Cal. Jan. 7, 2021), attached hereto as Exhibit A.  The *Wrap* decision is relevant to a central issue in the pending lead plaintiff motions: the weight given to each of the *Lax-Olsten* factors to determine financial interest.

The facts in *Wrap* are similar to the facts of this case.  In *Wrap*, there were two competing lead plaintiff movants.  Movant Timothy O'Hern ("O'Hern") had the greatest LIFO losses.  Movant Greg Naj ("Naj") purchased more shares, retained more shares, and expended more funds.  The court held that "[w]hile some courts have weighed all of the [*Lax-Olsten*] factors equally, '[c]ourts in the Ninth Circuit have tended to give the final factor the most emphasis and tend to use a last in, first out ('LIFO') methodology.'"  *Id.* at \*2 (citations omitted).  Furthermore, the court held that "the first three [*Lax-Olsten*] factors [are used] to support appointment of a lead plaintiff with the largest loss, not to appoint a lead plaintiff that did not have the largest loss, yet had the largest number of

---

[1] All capitalized terms herein are defined in Mao and Yu's moving, opposition, or reply briefs, unless otherwise indicated.  *See* Dkt. Nos. 17, 25, 26.

NOTICE OF RECENT DECISION IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU: (1) FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION- 2:20-cv-05696-MWF (PVCx)

1

shares and expenditures." *Id.* Thus, "approximate losses suffered is the most important consideration." *Id.* In *Wrap*, the court appointed Movant O'Hern as lead plaintiff. *Id.* at *3. The decision in *Wrap* is on point as to the outstanding issue in this case.

Mao and Yu respectfully request the Court take judicial notice of, and consider, the *Wrap* decision. Accordingly, for the reasons set forth in Mao and Yu's motion briefing (Dkt Nos. 17, 25, 26), and supported by the recent *Wrap* decision, Mao and Yu respectfully request the Court grant their lead plaintiff motion and deny Azure Funds and Shang's competing motion.

Dated: January 9, 2021             **THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II

NOTICE OF RECENT DECISION IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU FOR: (1) APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION- 2:20-cv-05696-MWF (PVCx)

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
pdahlstrom@pomlaw.com

*Counsel for Movants Guan Wei Mao and Jun Yu
and [Proposed] Co-Lead Counsel for the Class*

NOTICE OF RECENT DECISION IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU FOR: (1) APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION- 2:20-cv-05696-MWF (PVCx)

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Laurence M. Rosen*
Laurence M. Rosen, Esq.

NOTICE OF RECENT DECISION IN SUPPORT OF MOTION OF GUAN WEI MAO AND JUN YU FOR: (1) APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION-2:20-cv-05696-MWF (PVCx)