PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
BRANDON C. WOLF (SBN 335487)
brandon.wolf@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Defendant*
*Cheetah Mobile Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHEETAH MOBILE, INC. SECURITIES LITIGATION<br><br>GUAN WEI MAO, JUN YU, AND NING WANG, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHEETAH MOBILE INC., SHENG FU, YUK KEUNG NG, VINCENT ZHENYU JIANG, and THOMAS JINTAO REN,<br><br>Defendants. | CASE NO.: 2:20-cv-05696-MWF-PVC<br><br>DECLARATION OF ZACHARY M. FAIGEN IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>The Honorable Michael W. Fitzgerald<br><br>Hearing Date: August 23, 2021<br>Hearing Time: 10:00 a.m.<br>Courtroom: 5A |

## <u>**DECLARATION OF ZACHARY M. FAIGEN**</u>

1.      I am an attorney licensed to practice law before the courts of the State of California, and am a member of the bar of this Court. I am an associate at Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendant Cheetah Mobile Inc. ("Cheetah") in the above-captioned matter. I make this declaration in support of Defendants' Motion to Dismiss Amended Class Action Complaint For Violations Of The Federal Securities Laws. I make this declaration based on personal knowledge and if called upon to do so, I could and would testify competently to the matters attested to in this declaration.

2.      Attached to this Declaration as **Exhibit 1** is a true and correct copy of the February 20, 2020 Google Security Blog post titled, "Disruptive ads enforcement and our new approach." Exhibit 1 is publicly available at

https://security.googleblog.com/2020/02/disruptive-ads-enforcement-and-our-new.html.

3.      Attached to this Declaration as **Exhibit 2** is a true and correct copy of the February 21, 2020 press release issued by Cheetah titled, "Cheetah Mobile Provides Updates on Google Collaboration." Exhibit 2 is publicly available at

ir.cmcm.com/2020-02-21-Cheetah-Mobile-Provides-Updates-on-Google-Collaboration.

4.      Attached to this Declaration as **Exhibit 3** is a true and correct copy of the November 26, 2018 BuzzFeed News article titled, "These Hugely Popular Android Apps Have Been Committing Ad Fraud Behind Users' Backs." Exhibit 3 is publicly available at www.buzzfeednews.com/article/craigsilverman/android-apps-cheetah-mobile-kika-kochava-ad-fraud.

5. Attached to this Declaration as **Exhibit 4** is a true and correct copy of the transcript of Cheetah's fourth quarter 2018 earnings call held on March 25, 2019. Exhibit 4 is publicly available behind a paywall at https://www.capitaliq.com/CIQDotNet/Transcripts/Report.axd?keyDevId=605980156&activityTypeId=9523&format=3&myContentType=6&myDocumentType=9.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this day, May 14, 2021, in Los Angeles, California.

By: _____

Zachary M. Faigen

2

# EXHIBIT 1

 Security Blog

The latest news and insights from Google on security and safety on the Internet

# Disruptive ads enforcement and our new approach

February 20, 2020

Posted by Per Bjorke, Senior Product Manager, Ad Traffic Quality

As part of our ongoing efforts — along with help from newly developed technologies — today we're announcing nearly 600 apps have been removed from the Google Play Store and banned from our ad monetization platforms, Google AdMob and Google Ad Manager, for violating our disruptive ads policy and disallowed interstitial policy.

Mobile ad fraud is an industry-wide challenge that can appear in many different forms with a variety of methods, and it has the potential to harm users, advertisers and publishers. At Google, we have dedicated teams focused on detecting and stopping malicious developers that attempt to defraud the mobile ecosystem. As part of these efforts we take action against those who create seemingly innocuous apps, but which actually violate our ads policies.

We define disruptive ads as ads that are displayed to users in unexpected ways, including impairing or interfering with the usability of device functions. While they can occur in-app, one form of disruptive ads we've seen on the rise is something we call out-of-context ads, which is when malicious developers serve ads on a mobile device when the user is not actually active in their app.

Exhibit 1

Page 1

1/2

Case 2:20-cv-05696-MWF-PVC Document 40-1 Filed 05/14/21 Page 6 of 41 Page ID #:470

This is an invasive maneuver that results in poor user experiences that often disrupt key device functions and this approach can lead to unintentional ad clicks that waste advertiser spend. For example, imagine being unexpectedly served a full-screen ad when you attempt to make a phone call, unlock your phone, or while using your favorite map app's turn-by-turn navigation.

Malicious developers continue to become more savvy in deploying and masking disruptive ads, but we've developed new technologies of our own to protect against this behavior. We recently developed an innovative machine-learning based approach to detect when apps show out-of-context ads, which led to the enforcement we're announcing today.

As we move forward, we will continue to invest in new technologies to detect and prevent emerging threats that can generate invalid traffic, including disruptive ads, and to find more ways to adapt and evolve our platform and ecosystem policies to ensure that users and advertisers are protected from bad behavior.



**No comments :**

Post a Comment

  

Google Google · Privacy · Terms

Exhibit 1
Page 2

# EXHIBIT 2

 (http://www.cmcm.com/)

Company Overview (http://ir.cmcm.com/index.php?s=45)

　　Company Profile (http://ir.cmcm.com/index.php?s=116)

　　Management Team (http://ir.cmcm.com/index.php?s=20)

　　Board of Directors (http://ir.cmcm.com/index.php?s=114)

　　Corporate Governance (http://ir.cmcm.com/index.php?s=64)

　　Committee Composition (http://ir.cmcm.com/index.php?s=115)

News Releases (http://ir.cmcm.com/index.php?s=43)

Events and Webcasts (http://ir.cmcm.com/index.php?s=19)

Financial Information (http://ir.cmcm.com/index.php?s=118)

　　Quarterly Results (http://ir.cmcm.com/index.php?s=123)

　　Annual Results (http://ir.cmcm.com/index.php?s=120)

　　SEC Filings (http://ir.cmcm.com/index.php?s=127)

Stock Information (http://ir.cmcm.com/index.php?s=117)

　　Stock Quote (http://ir.cmcm.com/index.php?s=143)

　　Historical Stock Price (http://ir.cmcm.com/index.php?s=125)

　　Analyst Coverage (http://ir.cmcm.com/index.php?s=119)

Investor FAQS (http://ir.cmcm.com/index.php?s=52)

Email Alerts (http://ir.cmcm.com/index.php?s=147)

Contact IR (http://ir.cmcm.com/index.php?s=11)

## Cheetah Mobile Provides Updates on Google Collaboration

Feb 21, 2020

BEIJING, Feb. 21, 2020 /PRNewswire (http://www.prnewswire.com/)/ -- Cheetah Mobile Inc. (NYSE: CMCM) ("Cheetah Mobile" or the "Company"), a leading mobile internet company with global market coverage, today announced that it has been informed by Google that the Company's Google Play Store, Google AdMob and Google AdManager accounts have been disabled on February 20, 2020, and the associated contracts will be terminated.

Pending the restoration of Google collaboration, the Company expects its ability to attract new users and generate revenue from Google may be materially adversely affected from February 2020. In the first nine months of 2019, Cheetah Mobile generated 22.6% of its total revenues from Google, including revenues from the mobile advertising business and revenues from the purchase and consumption of virtual items by users via Google as a channel.

According to Google, the decision was made because some of the Company's apps had not been compliant with Google policies, resulting in certain invalid traffic. The Company is in continuous communication with Google to appeal the decision, clarify any misunderstanding, and adopt any requisite remedial measures to restore the disabled accounts. However, the appealing process could be time-consuming, and the Company cannot guarantee that its appeals will be successful.

Cheetah Mobile remains committed to upholding the high standards in the industry and complying with Google Play developer policies, GDPR, laws, and regulations. The Company's priority has always been to protect the interests of its users and enhance the user experience.

Exhibit 2

Page 1

Cheetah Mobile is a leading mobile Internet company with global market coverage. It has attracted hundreds of millions of monthly active users through its mobile utility products such as Clean Master and Cheetah Keyboard, casual games such as Piano Tiles 2 and Bricks n Balls. The Company provides its advertising customers, which include direct advertisers and mobile advertising networks through which advertisers place their advertisements, with direct access to highly targeted mobile users and global promotional channels. The Company also provides value-added services to its mobile application users through the sale of in-app virtual items on selected mobile products and games. Cheetah Mobile is committed to leveraging its cutting-edge artificial intelligence technologies to power its products and make the world smarter. It has been listed on the New York Stock Exchange since May 2014.

**Safe Harbor Statement**

This press release contains forward-looking statements. These statements, including management quotes and business outlook, constitute forward-looking statements under the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Such statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in the forward-looking statements, including but are not limited to the following: Cheetah Mobile's growth strategies; Cheetah Mobile's ability to retain and increase its user base and expand its product and service offerings; Cheetah Mobile's ability to monetize its platform; Cheetah Mobile's future business development, financial condition and results of operations; competition with companies in a number of industries including internet companies that provide online marketing services and internet value-added services; expected changes in Cheetah Mobile's revenues and certain cost or expense items; and general economic and business condition globally and in China. Further information regarding these and other risks is included in Cheetah Mobile's filings with the U.S. Securities and Exchange Commission. Cheetah Mobile does not undertake any obligation to update any forward-looking statement as a result of new information, future events or otherwise, except as required under applicable law.

**Investor Relations Contact**

Cheetah Mobile Inc.
Helen Jing Zhu
Tel: +86 10 6292 7779 ext. 1600
Email: helenjingzhu@cmcm.com (mailto:helenjingzhu@cmcm.com)

ICR Inc.
Jack Wang
Tel: +1 (646) 417-5395
Email: IR@cmcm.com (mailto:IR@cmcm.com)


SOURCE Cheetah Mobile Inc

Exhibit 2

Page 2

# EXHIBIT 3

Case 2:20-cv-05696-MWF-PVC    Document 40-1    Filed 05/14/21    Page 11 of 41   Page ID #:475



**REPORTING TO YOU**



*Mikel Jaso for BuzzFeed News*

# These Hugely Popular Android Apps Have Been Committing Ad Fraud Behind Users' Backs

"Why isn't Google immediately dropping such apps from the Play store and advising users to uninstall them?" one analyst asked.

Exhibit 3

Page 1



**Craig Silverman**
BuzzFeed News Reporter

Posted on November 26, 2018, at 10:50 a.m. ET

**Eight apps with** a total of more than 2 billion downloads in the Google Play store have been exploiting user permissions as part of an ad fraud scheme that could have stolen millions of dollars, according to research from Kochava, an app analytics and attribution company that detected the scheme and shared its findings with BuzzFeed News.

Seven of the apps Kochava found engaging in this behavior are owned by Cheetah Mobile, a Chinese company listed on the New York Stock Exchange that last year was accused of fraudulent business practices by a short-seller investment firm — a charge that Cheetah vigorously denied. The other app is owned by Kika Tech, a Chinese company now headquartered in Silicon Valley that received a significant investment from Cheetah in 2016. The companies claim more than 700 million active users per month for their mobile apps.

The allegations are the latest shock to a vast digital ad tech industry that remains dogged by a multibillion-dollar fraud problem and a mobile ecosystem rife with malicious ads and fraudulent practices. BuzzFeed News reported last month on an ad fraud scheme that tracked user behavior in dozens of Android apps to generate fake traffic and steal advertisers' money.

Exhibit 3
Page 2

Case 2:20-cv-05696-MWF-PVC     Document 40-1     Filed 05/14/21     Page 13 of 41     Page ID #:477

Google estimated close to $10 million was stolen from it and its partners, and subsequently removed many of the apps from its Play store.

While the most immediate victims are brands who lose ad dollars to bots and other schemes, ad fraud also diverts revenue away from legitimate publishers and developers. In the case of mobile apps, it can cause frustration for users who may see their phone battery drained and data usage spike as a result of illegitimate ad transactions taking place without their knowledge.

This particular scheme exploits the fact that many app developers pay a fee, or bounty, that typically ranges from 50 cents to $3 to partners that help drive new installations of their apps. Kochava found that the Cheetah and Kika apps tracked when users downloaded new apps and used this data to inappropriately claim credit for having caused the download. The practice being executed by Cheetah and Kika is referred to as click flooding and click injection, and ensures these companies are rewarded an app-install bounty even when they played no role in an app's installation. (See "How It Works" below for a detailed description.)

"This is theft — no other way to say it," Grant Simmons, the head of client analytics for Kochava, told BuzzFeed News. He said this example is notable

Exhibit 3

Page 3

https://www.buzzfeednews.com/article/craigsilverman/android-apps-cheetah-mobile-kika-k...     5/7/2021

Case 2:20-cv-05696-MWF-PVC    Document 40-1    Filed 05/14/21    Page 14 of 41    Page ID #:478

because Cheetah Mobile and Kika Tech are large app developers that built these practices into their apps.

"These are real companies doing it — at scale — not some random person in their basement," he said.

After this story was published, two of Cheetah Mobile's apps, CM Locker and Battery Doctor, were removed from the Google Play store. The company later said in a statement that it "temporarily removed Battery Doctor and CM Locker from the Google Play Store on our own initiative. CM Locker has been re-launched already, and Battery Doctor will be re-launched very soon." (It did not immediately respond when asked by BuzzFeed News why it removed the apps.)



The number of downloads for each app that Kochava found engaging in click flooding and click injection. *Source: AppBrain*

*BuzzFeed News*

After being sent a video captured by Kochava of the Kika Keyboard app engaging in click injection and click flooding, Kika Tech's US general manager, Marc Richardson, said the company "has no intentions of engaging in fraudulent practices."

"Kika Keyboard is a large, well-known app that helps its users communicate in many unique ways and we are extremely disappointed to learn about these 'flooding and injection' practices. We appreciate you putting this to our attention," he said.

Kika also provided BuzzFeed News with a statement from CEO Bill Hu suggesting that any ad fraud took place without the company's full knowledge.

"At this time, Kika is extensively researching the critical issues you raised internally. If in fact, code has been placed inside our product we will do everything to quickly and fully rectify the situation and take action against those involved," he said. "For now, we do not have further comments as we begin our internal research."

But Kochava and an additional analysis by Praneet Sharma of Method Media Intelligence for BuzzFeed News both found that the Kika Keyboard app executed click flooding and injection using the company's own proprietary software and with functions built directly

Exhibit 3
Page 5

into the app itself. "No one got in there and fiddled with anything," Simmons said.

He said he's seen other apps run by Chinese companies engage in this same conduct: "It's not as if it's some big state secret. It's more that this is the de facto business tactic given the app universe, especially in China."

Cheetah Mobile issued a statement to BuzzFeed News that suggested third-party software development kits, or SDKs, integrated into its apps were responsible for the click injection.

"We work with many mainstream ad platforms via SDK integration. We request ads via SDK from these ad platforms and display their ads. We have no control over the behavior of these SDKs," said a statement emailed from a spokesperson. "Ad platforms and independent arbitration parties work together to decide attribution of app installations, and we are not part of that process. We are continuing to look into the matter and will update you if we have any further information."

However, the SDK involved in the suspect activity is actually owned and developed by Cheetah, not by third parties, according to Kochava. When sent that information by BuzzFeed News, Cheetah said that

Exhibit 3

Page 6

Case 2:20-cv-05696-MWF-PVC     Document 40-1     Filed 05/14/21     Page 17 of 41     Page ID #:481

"none of Cheetah Mobile's SDKs are involved in click injection."

Simmons said, "If what we have discovered and documented is not fraud, we'd be very curious to hear an explanation of what it is." (Cheetah and Kika were Kochava customers at the time Simmons and his team discovered the click injection and click flooding taking place.)

Along with raising serious questions about the business practices of two prominent Chinese app developers, this highlights the security, privacy, and ad fraud issues in the Android app ecosystem and Google Play store. BuzzFeed News provided Google with videos of the Cheetah and Kika apps captured by Kochava, as well as with screenshots of relevant app code identified by Method Media Intelligence. Google initially said it had not confirmed the presence of fraudulent tactics in the apps, and that it has asked for additional information from Kika and Cheetah.

"Google is the curated owner of the Google Play store and the owner of one of the largest monetization mechanisms for apps. If there is confusion on where ad fraud and attribution fraud is taking place in this ecosystem, we'd be happy to help Google in their efforts," Simmons said.

Exhibit 3

Page 7

Case 2:20-cv-05696-MWF-PVC     Document 40-1     Filed 05/14/21     Page 18 of 41   Page ID #:482

Richard Kramer, a senior analyst with Arete, an independent research firm that covers mobile and technology companies, said Google needs to remove the affected apps from its Play store.

"Why isn't Google immediately dropping such apps from the Play store and advising users to uninstall them?" he told BuzzFeed News. "It may reduce [ad] inventory in their Network, but I would expect [Google] to be more sensitive to quality of impressions."

"The entire industry needs to do more than hide behind plausible deniability," he added.

The problem of app-install fraud is widespread. App installs are a more than $7 billion global market, according to eMarketer. AppsFlyer, an app attribution platform, analyzed 1 billion app installs over the past 12 months and found 25% were fraudulent, which means an estimated $1.7 billion was stolen in the past year.

Uber is currently suing one of its ad agencies for, among other things, "fraudulently claiming credit for app downloads that happened without a customer ever clicking on an ad." The agency in question denies the accusation.

## "Wildly Over-Permissioned"

The Cheetah apps implicated are Clean Master, CM File Manager, CM Launcher 3D, Security Master, Battery Doctor, CM Locker, and Cheetah Keyboard. Several are among the most popular productivity apps in the entire Google Play store. Just in the past 30 days, these apps were downloaded more than 20 million times, according to data from the AppBrain analytics service. CM Launcher 3D is also promoted to users as one of Google Play's "go-to apps."

In its latest quarterly earnings, Cheetah reported that it brought in $196 million in revenue from "utility products and related services," of which these seven apps are a key component. Utility products generated roughly half of the company's total revenue last quarter. (Cheetah does not break out revenue by advertising type, so it's not possible to know how much was generated by app install claims.)

The other app that engaged in a similar practice is Kika Keyboard, which enables users to send a wide range of emojis. It's the most popular keyboard in the Google Play store and claims to have 60 million monthly active users.

The affected Cheetah and Kika apps require users to give a wide range of permissions, including the ability to track keystrokes or see when other apps are

Case 2:20-cv-05696-MWF-PVC     Document 40-1     Filed 05/14/21     Page 20 of 41     Page ID #:484

downloaded, which raises questions about the amount of data collected by these companies, according to Sharma, CTO of the ad fraud investigation firm Method Media Intelligence. He described the apps as "wildly over-permissioned."

"The fact that you have such high-permissions apps, you've got apps from companies that are based in China and they collect so much information," Sharma said. "They are logging everything, so … from a privacy standpoint they are violating a lot of things."

Richardson of Kika said the company takes "data security very seriously and it's at the very core of what we do. Our data collection and usage has always been strictly in line with Google's policies and the GDPR laws."

Sharma says Google and other companies that operate app stores shouldn't accept apps that require such a high level of permissions.

"There is very little monitoring and security" in the Android ecosystem, he said.

## How It Works

App developers often issue so-called bounties for third parties to help drive installations. If a user clicks on an

Exhibit 3

Page 10

Case 2:20-cv-05696-MWF-PVC    Document 40-1    Filed 05/14/21    Page 21 of 41    Page ID #:485

ad for an app and then installs and opens it, the app's developer will pay the ad network. The key is to know who should get credit for driving that installation, as the money needs to flow to the network that served the ad, as well as to the publisher of the app or website where the ad appeared, for example. This is the weakness in the system. App install attribution, as it's called, is often not an exact science because it can be hard to definitively identify which ad led to the installation of an app on a specific phone.

To attribute the installation to the correct party, information about the device used to click on the ad and the network and publisher that served it is passed along with the app installation. When the app is finally opened, the app does a "lookback" to see where the last click came from and attribute the installation accordingly.

Kochava found that Cheetah and Kika apps are gaming this attribution system to ensure they're awarded the last click. This is true even in cases when no ad was served and they played no role in the installation.

"At no point do the involved publishers add marketing value" to the app installations, Simmons said.

*BuzzFeed News*

# Cheetah Mobile Apps

Kochava identified seven Cheetah apps that require users to give them permission to see when new apps are downloaded, and to be able to launch other apps.

Exhibit 3

Page 12

The Cheetah apps listen for when a user downloads a new app. As soon as a new download is detected, the Cheetah app looks for active install bounties available for the app in question. It then sends off clicks that contain the relevant app attribution information to ensure Cheetah wins the bounty — even though it had nothing to do with the app being downloaded. This is referred to as click injection.

As an extra piece of insurance, Simmons says Cheetah's apps are also programmed to launch the newly downloaded app without the user's knowledge. This helps increase the odds that it will receive credit for the app install, as the bounty is only paid when a user opens a new app.

"The nefarious tactic attempts to open the app automatically because it ensures credit can be claimed against the fraudulent click."

## Kika Keyboard

Kika Keyboard is uniquely positioned to execute both click flooding and click injection. As a keyboard, it requires users to give it permission to see what's being typed. The Kika app uses this to listen for any Play store searches a user makes for other apps. The Kika Keyboard then begins looking for install bounties on offer for apps related to those searches, according to Kochava's findings. Once it identifies apps with

Exhibit 3
Page 13
https://www.buzzfeednews.com/article/craigsilverman/android-apps-cheetah-mobile-kika-k...     5/7/2021

Case 2:20-cv-05696-MWF-PVC    Document 40-1    Filed 05/14/21    Page 24 of 41    Page ID #:488

offers, Kika generates a series of clicks with attribution information contained in them in an attempt to claim the bounty on any future installations related to the users' app searches.

The app also listens for app store searches even when Kika Keyboard is not active, something Simmons said was particularly concerning. As in the above example, it listens for what a user searches for in the app store. But rather than firing attribution clicks right away, it will display ads for apps with active offers, Kochava found. If the user were to download an app as part of this search session, Kika would claim credit for it, even though the user never actually clicked on an ad to generate the installation.

"They're going to place as many bets across as many apps that you may be interested in," Simmons said.

The final piece involves obscuring the fact that the Cheetah and Kika apps are involved in such a high number of app installations. Simmons said the Cheetah and Kika apps are loaded with proprietary software to facilitate and conceal app attribution. This enables them to pass the attribution through many ad networks to hide the fact that so many attribution wins are coming from these apps.

Simmons said Kochava found that Kika Keyboard and just one of the Cheetah apps spread install attribution

Case 2:20-cv-05696-MWF-PVC     Document 40-1     Filed 05/14/21     Page 25 of 41   Page ID #:489

claims across more than 20 ad networks. Kochava also found they sometimes use fake app names to further obscure the role that the Kika and Cheetah apps played.

"The injected clicks are reported from many different ad networks, and the sub publishers within those networks are either a lie or obscured," he said.

"What we've discovered traces the source back to the apps referenced and demonstrates it — we're not sure how a reasonable person could conclude the behavior is legitimate."

## UPDATE

November 27, 2018, at 7:40 a.m.

Added that the Battery Doctor and CM Locker apps were removed from the Google Play store after this story was published.

## UPDATE

November 27, 2018, at 3:48 p.m.

The story was updated to include a statement from Cheetah Mobile that it voluntarily removed CM Locker and Battery Doctor from the Play store.

 Craig Silverman is a media editor for BuzzFeed News and is based in Toronto.

Contact Craig Silverman at craig.silverman@buzzfeed.com.

Exhibit 3

Page 15

https://www.buzzfeednews.com/article/craigsilverman/android-apps-cheetah-mobile-kika-k...   5/7/2021



FINCEN FILES

# THE INVESTIGATION THAT CHANGED THE BANKING INDUSTRY

**A BuzzFeed News investigation, in partnership with the International Consortium of Investigative Journalists, based on thousands of documents the government didn't want you to see.**

**READ NOW**

Exhibit 3

Page 16

https://www.buzzfeednews.com/article/craigsilverman/android-apps-cheetah-mobile-kika-k...        5/7/2021

# EXHIBIT 4

**S&P Global**
Market Intelligence

# Cheetah Mobile Inc. NYSE:CMCM
# FQ4 2018 Earnings Call Transcripts

## Monday, March 25, 2019 12:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 1.44 | 5.60 | ▲288.89 | 1.35 | 4.75 | 8.69 | ▲82.95 | 5.02 |
| Revenue (mm) | 1415.58 | 1381.17 | ▼(2.43 %) | 1412.05 | 5016.35 | 4981.70 | ▼(0.69 %) | 5418.94 |

Currency: CNY
Consensus as of  Mar-22-2019 12:04 PM GMT



**Stock Price [CNY] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
| --- | --- | --- | --- |
| FQ1 2018 | 0.45 | 0.48 | ▲1 6.67 % |
| FQ2 2018 | 0.70 | 1.39 | ▲2 98.57 % |
| FQ3 2018 | 1.16 | 1.27 | ▲3 9.48 % |
| FQ4 2018 | 1.44 | 5.60 | ▲4 288.89 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Exhibit 4

Page 1

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ...................................................................................... | **3** |
| **Presentation** | ...................................................................................... | **4** |
| **Question and Answer** | ...................................................................................... | **8** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Jing Zhu**
*IR Director*

**Sheng Fu**
*Chairman of the Board & CEO*

**Zhenyu Jiang**
*Chief Financial Officer*

**ANALYSTS**

**Frank Chen**
*Macquarie Research*

**Hillman Chan**
*Citigroup Inc, Research Division*

**Robert W. Cowell**
*86Research Limited*

**Shuopeng Gu**
*Crédit Suisse AG, Research Division*

**Yuk Wa Lo**
*Nomura Securities Co. Ltd., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 3

# Presentation

**Operator**

Good evening, and welcome to the Cheetah Mobile Fourth Quarter and Full Year 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded. I would now like to turn the conference over to Helen Zhu, Investors Relations Director. Ms. Zhu, Please go ahead.

**Jing Zhu**
*IR Director*

Thank you, operator. Welcome to Cheetah Mobile's Fourth Quarter and Full Year 2018 Earnings Conference Call. With us today are our Chairman and CEO, Mr. Fu Sheng; and our company's CFO, Mr. Vincent Jiang. Following management's prepared remarks, we will come back with Q&A session. Before we begin, I refer you to the safe harbor statement in our earnings release, which also applies to our conference call today as we will make forward-looking statements.

At this time, I would now like to turn the conference call over to our company Chairman and CEO, Mr. Fu Sheng. Please go ahead, Fu Sheng.

**Sheng Fu**
*Chairman of the Board & CEO*

Thanks, Helen. Hello, everyone. We achieved a full year 2018 financial results that were in line with our promised expectations. Total revenue increased by 2% to RMB 5 billion in 2018. In particular, revenues from mobile games operation increased by almost 15% -- 50%, and the revenues from utility products and the related service in the domestic market grew by 22% for the full year 2018. Non-GAAP operation profits for the utility products and related service increased to RMB 1 billion in 2018, and we further reduced our operating loss from the mobile entertainment segment in 2018. Above all, our core business generated RMB 342 million of net cash from operating activities and RMB 277 million of free cash flow in 2018.

Our business progress and financial achievements in 2018 were mostly driven by growth in the following 3 areas: one, mobile games; two, mobile utility products in the domestic market; and three, AI-powered business. First, we made significant progress in our mobile game operation, which had already become a driving force of our total revenue. In 2018, our mobile games business earned RMB 925 million in revenues, up to 48% from 2017.

We successfully launched Bricks n Balls. Bricks n Balls, a casual elimination game. Bricks n Balls remains one of the top mobile casual game in U.S. and on Google Play, and one of the top brands -- board games on Apple App Store in terms of users downloads. Through our reach in Bricks n Balls, we have discovered the right combination of tactics to grow our average revenue per month gamer -- per mobile gamer. Bricks n Balls has a higher up than the Piano Tiles 2, Rolling Sky and the Dancing Line in the second half of 2018. Moreover, almost half of revenues from Bricks n Balls were generated through sales of in-game virtual items.

In late February, we soft launched Rolling Sky 2, a musical game on Apple App Store. In early March, Apple featured Rolling Sky 2, ranking it as a top 3 game as well as specialty play promoting it in the music play game vertical on Apple App Store.

Importantly, we increased the operating profits for our mobile game business in 2018. For example, the combined operating profits for our 3 flagship titles, namely, Piano Tiles 2, Rolling Sky and the Dancing Line grew by about 200% year-over-year in 2018, and the non-GAAP operating margin increased to 25% from 10% in 2017. Going forward, we will continue to introduce new games, convert more of our gamers to paying users and further enhance the profitability of our mobile game business.

Secondly, we introduced some new utility app -- utility products in the domestic market in 2018, which had helped increase our user engagement and expand our user base. Our new utility products focused

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 4

on a number of areas, including delivering personalized experience and leveraging our AI technology. For example, we introduced the CM Show, a personalized ring tone app designed to appeal to Generation Z in China. The app has received widespread user adoption since its inception. More recently, we began adding premium content into CM Show to induce more user subscription. Although CM Show is still in its early stage of monetization, many users are willing to pay a small amount to gain access to premium content, thus providing it with commercial viability.

We also introduced Cheetah Keyboard, AI-driving keyboard last year -- later last year. In addition to smart prediction capabilities, voice input and thousands of sims, Cheetah Keyboard comes with a game site user to -- user loyalty program that allow users to earn virtual coins through typing and other game activities. Users can then use their earned virtual coins within our apps to buy in-game virtual items, pay monthly subscription fees for specific online video platforms and other online service and products. According to Quest Mobile, Cheetah Keyboard was one of the top rising star mobile apps in 2018. Going forward, we will continue to introduce new utility apps that can further enrich our mobile utility product portfolio.

Importantly, our utility product business continued to earn health revenue and profits. In 2018, we earned RMB 3 billion in revenue and RMB 1 billion in operating profit from our utility products business.

Thirdly, we began offering AI-powered hardware in China in 2018, which has allowed us to serve more user and customers in new era of human computer interaction. Our hardware business is joint effort with Beijing OrionStar. Revenues from our other business segment increased to RMB 83 million in 2018 from RMB 37 million in 2017, mainly driven by sales of our AI-powered hardware in China. In particular, this growth was mainly driven by sales of Cheetah Translator, our AI-based interpretation device. Recently, we have found more use cases -- use case for Cheetah Translator to serve business. For example, [Wi-Educate], the online educational company, purchased a large quantity of Cheetah Translators to help its young students learn English. Uroaming, an overseas WiFi service retention platform, also bought a number of Cheetah Translators to enrich its product offering. Cheetah Translator make an important milestone of our expansion in AI-based products and solutions, and the success of Cheetah Translator help us further improve our AI technology and our capabilities to deliver AI-based solutions to customer and business.

Also in 2018, Cheetah Mobile became exclusive distribution of Cheetah GreetBot, a human-sized reception robot that focus on the business-to-business market. In December 2018, Beijing OrionStar commercially launched Cheetah GreetBot. Recently, we have also found more user case for Cheetah GreetBot to serve customers in device verticals in China, including as guides in museums, receptions, in hospitals, schools and the salesperson in convenience stores. Although our AI-powered hardware business is still in its infancy in terms of revenue contribution, we believe it will become an important engine to drive our future growth as we proactively prepare for the new era of human-computer interactions.

In summary, we have made substantial progress in mobile games, mobile utility products in domestic markets and our AI-powered business. We are confident that our long-term growth prospects remain healthy, although we acknowledge some temporary setbacks in our mobile utility product business in the overseas market.

With that, I will now turn the call to our CFO, Vincent Jiang, to go through the details of our third (sic) [ fourth ] quarter financial results.

**Zhenyu Jiang**
*Chief Financial Officer*

Thank you, Fu Sheng. Hello, everyone. In the fourth quarter 2018, we grew our total revenues by 2% year-over-year and quarter-over-quarter to RMB 1.4 billion. We generated RMB 770 million in net income attributable to Cheetah Mobile shareholders. For the full year of 2018, we generated RMB 5.0 billion in total revenue and RMB 1.2 billion in net income attributable to Cheetah Mobile shareholders.

Now let me walk you through the details of our fourth quarter and full year 2018 financial results. Please note that all financial numbers are in RMB terms, unless otherwise stated. Revenues from our mobile entertainment business increased by 39% year-over-year and 12% quarter-over-quarter to CNY 556

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 5

million in the fourth quarter of 2018. For the full year of 2018, revenues from our mobile entertainment business increased by 19% to CNY 1.8 billion, mainly driven by Bricks n Balls, the casual elimination game that started ramping up in the middle of July 2018. Revenues from our mobile games operations increased by 91% year-over-year and 14% quarter-over-quarter to CNY 326 million, which accounted for 24% of our total revenues in the fourth quarter of 2018. For the full year of 2018, our mobile game business generated CNY 925 million in revenues, up 48% from 2017. Revenues from utility products and related services decreased by 17% year-over-year and 6% quarter-over-quarter to RMB 783 million in the fourth quarter of 2018. The year-over-year decrease was mainly due to the discontinuation of certain ad format, which is ad on mobile phone lock screens by the company's overseas third-party advertising partners. The quarter-over-quarter decrease was mainly due to the disruption to our business as a result of certain allegations made by a third party in November 2018 about which the company has made a number of public statements to clarify. For the full year of 2018, revenues from utility products and related services were CNY 3.1 billion.

Gross profit and gross margin both increased year-over-year. In the fourth quarter of 2018, gross profit grew by 4% year-over-year to CNY 965 million, and gross margin expanded to 70% from 68% in the same period last year. For the full year of 2018, gross profit increased by 8% to CNY 3.4 billion and gross margin expanded to 69% from 66% in 2017. The increase resulted from the reduced costs for our PC operations and mobile utility product business in the overseas markets as part of our strategy to optimize the cost infrastructure for our utility products in related services business. We grew both our operating profit and margin in 2018 despite our continued investment in our mobile game business and mobile utility product business in the domestic market. Operating profit for the full year of 2018 increased by 5% to CNY 467 million, while our operating margin remained relatively flat year-over-year at 9%.

In 2018, we continued our marketing efforts to acquire new users to our mobile game in our overseas market and for our mobile utility products in the domestic market. Our mobile entertainment business reduced its loss in 2018. For the full year of 2018, operating loss for the mobile entertainment business narrowed to CNY 313 million from CNY 417 million in 2017. The reduced losses were primarily the result of increased revenue from our mobile games operations. In addition, the disposal of the News Republic business in 2017 also contributed to the decreased operating loss for our mobile entertainment business. In particular, the operating profit of our mobile games business grew by 48% in 2018.

Our core business continued to generate strong cash flow. For the full year of 2018, we generated CNY 342 million in net cash from operating activities and CNY 277 million in free cash flow.

We sold a certain portion of our equity ownership in Bytedance Ltd., which further strengthened our earnings and balance sheet. Diluted earnings per ADS was RMB 8.1 or USD 1.18 in 2018. As of December 31, 2018, our cash, cash equivalent, restricted cash and short-term investments were RMB 3.7 billion.

As we have previously disclosed on November 26, 2018, a third party made certain allegations about some of our products, which later led to a pause in our collaboration with some of our business partners in overseas markets. As the allegations are the subject of pending litigation, we're not going to comment extensively on this, but we believe that the claims and allegations are without merit, and we intend to defend ourselves vigorously. The company is addressing these allegations with our business partners and the company's Audit Committee is conducting an independent review of the allegations in consultation with our outside counsel, Skadden, Arps, and experts from AlixPartners, which is an outside consulting firm. To date, the company has not identified information inconsistent with its previous disclosures. All of our Board of Directors' swift and decisive actions are a testament to our company's commitment to legal and regulatory compliance.

Before I give you our revenue guidance, I would like to remind you that this forecast reflects our current preliminary reviews and is subject to change. For the first quarter of 2019, we expect our total revenues to be between RMB 1.06 billion and RMB 1.09 billion as a consulting expense in our near-term outlook following the temporary setbacks in our mobile utility product business in our overseas market. However, we remain confident in the long-term sustainability of our growth prospects.

To express our confidence in our long-term gross prospects, our Board of Directors have approved a share repurchase program of up to USD 100 million of our outstanding ADS for periods not to exceed 12 months

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 6

as previously announced on September 13, 2018. As of March 22, 2019, the company had repurchased approximately 4.5 million ADS for approximately USD 32 million under this program. Cheetah Mobile funded those repurchases from its available cash balance.

This concludes our prepared remarks. Operator, we are now ready to take questions. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 7

CHEETAH MOBILE INC. FQ4 2018 EARNINGS CALL | MAR 25, 2019

# Question and Answer

**Operator**

[Operator Instructions] The first question today comes from Wendy Huang with Macquarie.

**Frank Chen**
*Macquarie Research*

This is Frank Chen with Macquarie on behalf of Wendy Huang. I basically have 2 questions. One is on the first quarter guidance. Could management share with us more color on this set of guidance, especially first quarter revenue breakdown by different business segment. And the second question is about full year outlook in 2019. Could management share any thoughts on the full year revenue growth in 2019 and the margin outlook in this year?

**Zhenyu Jiang**
*Chief Financial Officer*

Okay, I'll take that question. Okay. Firstly, in terms of the revenue guidance, yes, it is a -- there's a sequential and year-over-year decline in the guidance. The main reason, as actually we have explained in the prepared remarks, is because of the allegations made by third party in November 2018 that have caused some of our business partners to pause their relationship with us. So that has a direct impact on the overseas utility products. But as we said earlier, we are working with those business partners to address their concerns. And the company has also retained -- the company's Audit Committee has retained outside legal counsel, Skadden, Arps, and also has -- Skadden, Arps also in turn engaged outside consulting firm, AlixPartners, which is a well-known consulting firm in the U.S., to do the internal review for the -- and to read through all allegations. And as of today, Skadden and AlixPartners has not identified any issues that's inconsistent with our previous disclosure. So that explains the reason of the further weak first quarter guidance. But we are very confident that we shall be able to address those business partner concern going forward.

Yes, for the full year guidance, again, I think for -- again, for the overseas utility products, probably we will have some setbacks, as we mentioned earlier, because of that reason since it is something we are were still working with our business partners. But for other parts, we expect that our -- there'll be the new business driver, which is the mobile games. It is the new driving force for Cheetah Mobile, and we have high expectation on the new areas.

Also, I think more importantly, we are starting to materialize our AI investments for the -- especially for the hardware part. For example, we have started to -- we have had a certain commercial success, although it's relatively small in term of our scale right now, but the Cheetah Translator is a milestone that we have achieved. Actually, that's one of the first hardware we have launched in the past several months because Cheetah Mobile was a software company. It doesn't have the gene for hardware. And now we have transformed ourself into a company that has been strategically focused on AI hardware. And also, we have already made a lot of progress in this area. With the AI translator, we have already achieved a certain milestone on these areas.

And I think also, we have been function as OrionStar's exclusive distributor for their Cheetah GreetBot, which is a AI robot that can function as a -- for different scenarios. Actually, in the prepared remarks, the CEO of the company had mentioned that in different scenarios, for example, in hospitals, in supermarkets, convenience stores, that we have all find different applications for the Cheetah GreetBot. So although this is still -- it's in early stage, but we have seen a lot of promise in these new areas. And we will see some revenue contribution from the AI hardware for full year 2019.

**Jing Zhu**
*IR Director*

[indiscernible]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 8

**Zhenyu Jiang**
*Chief Financial Officer*

Yes, in terms of profitability, at this stage -- well, I can't -- we -- normally, we don't give forecast on profitability -- on profit. But there's some general guidance here. I think because of the overseas utility products, we have some disruption here. So it does impact first quarter and probably Q2 as well. And so I think in this part, the profit margin on this segment will be lower than last year. And also for the hardware part, because it's still in a relatively early stage, and we don't expect that will bring us very high profit margin. So the overall profit margin will probably be lower than last year, than 2018. But again I think this is a good transition for us. We are in the process of transforming ourself from a pure software company into a company that has combined software and smart hardwares. Okay, Frank, I hope I have answered your questions.

**Operator**

[Operator Instructions] The next question comes from Robert Cowell with 86Research.

**Robert W. Cowell**
*86Research Limited*

I just have 2. The first one's about the MAU number. How do we think about -- it seems to be down a bit on a quarter-on-quarter basis. I just am interested, how are we thinking about MAU going forward and balancing MAU versus ARPU? And then the second question is about Beijing OrionStar and its fundraising plan. Does -- will Beijing OrionStar seek to raise funds from third parties? Or it will -- does Cheetah plan to invest more in that company at some point in 2019? Those are my 2 questions.

**Zhenyu Jiang**
*Chief Financial Officer*

Okay. I'll take the first question in terms of the monthly active users. Yes, the number is lower than we reported last quarter. And one of the main reason is because of also, that's related to the temporary disruption to our overseas utility product because of the monetization side of this. So we feel that -- we decided that we kind of temporary pulled back our user acquisition efforts in this quarter. So I think that's why you can see a relatively noticeable decline in MAUs. We expect that when everything goes back normal, I think the number will come back again.

In terms of OrionStar, in terms of fundraising plans for OrionStar, unfortunately, it is something -- it's not something that we can discuss in public. Of course, there will be some plans that the company is open to all sorts of possibilities. But right now, we cannot have any definitive plan at this moment.

**Operator**

[Operator Instructions] The next question comes from Carson Lo with Nomura.

**Yuk Wa Lo**
*Nomura Securities Co. Ltd., Research Division*

So one question is about advertising market outlook. So we are seeing that the macro for both China and overseas, mainly the U.S., so facing some kind of slowdown since the fourth quarter. So does management frame -- can management share some color on how could that impact our advertisings on our product, both on the utility side and also on our mobile gaming side?

**Zhenyu Jiang**
*Chief Financial Officer*

Yes. In terms of the -- I think the macro economy does have an impact on the advertising industry. But at this stage, I think it's -- I think for us, it's not very clear in the -- in term of the general trend. For example, within -- in Chinese market, there have been different -- I think different views, right. And last year, I think that last year, in the end of last year, people were relatively pessimistic about the general macro economy. But I think early this year, we have seen some positive signs. So we don't have

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 9

a definitive sign at this stage yet in terms of whether that will have positive or negative impact on the advertising industry.

In the overseas markets, they will -- yes, I think they will probably have some impact. But I think the overall industry there probably will be some change under the new regulatory regime. We are still carefully following the trend. I mean we are carefully following the latest development in terms of the regulatory environment. Again, we do not have a definitive view on those.

**Jing Zhu**
*IR Director*

Carson, do you have other questions?

**Yuk Wa Lo**
*Nomura Securities Co. Ltd., Research Division*

Yes.

**Operator**

The next question comes from Ribery Gu with Crédit Suisse.

**Shuopeng Gu**
*Crédit Suisse AG, Research Division*

This is Ribery speaking on behalf of Thomas. We basically have 2 questions. The very first question is about the asset revenue mix. As we see the revenue mix is changing, as mobile game is generating more and more revenue, are we going to see probably a clearer trend for the gross margin profile change in 2019?

Secondly is that management mentioned about the temporary suspension of the business relationship with some overseas business partners. Can management -- given that management has already done some work on that issue, can management give us some guidance whether the temporary suspension will become normalized?

**Zhenyu Jiang**
*Chief Financial Officer*

Okay, again, I'll take that question. The first one in terms of revenue mix, yes, the mobile games business has become an increasingly large part of our total revenues. And I think we expect this trend will continue because we have been able to identify some very scalable business operations that can help us launch more games in relatively shorter period of time.

In terms of the total profit margin for the games, I can say right now is that the existing games, like Piano Tiles 2, those more mature games have a very good profit margin. I think for 2019, we will be in the expanding mode for the game operations. So we will probably -- in the early stage, we will have a relatively large portion of marketing and user acquisition costs. So the overall profit margin will -- I don't see any -- probably will not be better than what we have already.

In terms of the business relationship with our -- the relation with our business partners, we are -- this is something we are still working with, and we are very positive -- we have seen some positive signs to recover some. But at this stage, I cannot give you a definitive answer.

**Operator**

The next question comes from Hillman Chan with Citigroup.

**Hillman Chan**
*Citigroup Inc, Research Division*

My first question is related to the game pipeline. Could management share more color on our game development effort as to what kind of games are we developing and in what game genres? And more color

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 4

Page 10

on the pipeline will be helpful as well. And my -- another question would be on the AI hardware side. How should we think about the profitability currently, and also for the longer term?

**Sheng Fu**
*Chairman of the Board & CEO*

[Foreign Language]

**Zhenyu Jiang**
*Chief Financial Officer*

Okay, in Q3 and Q4, last year, we have accumulated quite some new games. For example, one of the top games in China called [Foreign Language]. Sorry, I don't know it...

**Sheng Fu**
*Chairman of the Board & CEO*

Kill Virus.

**Zhenyu Jiang**
*Chief Financial Officer*

Kill Virus. We have become the exclusive distributor in the overseas market. So we have more than 10 games. Some of those are very promising in our pipelines right now.

**Sheng Fu**
*Chairman of the Board & CEO*

[Foreign Language]

**Zhenyu Jiang**
*Chief Financial Officer*

More importantly, we think that the current games actually have a very long life cycle. For example, Piano Tiles 2, which has been around for more than 3 years, it is still generating very stable revenue for us. And though some of those games have become -- already become well known intellectual properties that is recognized by many people.

**Sheng Fu**
*Chairman of the Board & CEO*

[Foreign Language]

**Zhenyu Jiang**
*Chief Financial Officer*

Yes, we also have done a lot of work to improve the ARPU of the current games. For example, for those games have been rate by -- somewhere between 3 to 6 months or more than that, we -- longer term, we call it mature games, and those games have pretty good margins.

**Operator**

[Operator Instructions]

**Zhenyu Jiang**
*Chief Financial Officer*

Actually, I'll take the second part -- the second question in terms of the profitability of the AI hardware. I think at this stage, it's still relatively early for Cheetah Mobile to move into the hardware business. For the hardware, the margin initially will not be very good, actually, we have the mix. Because the volume at this stage has not been -- has not reached what we expected. But for the second part, for the AI.

**Sheng Fu**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 4

Page 11

*Chairman of the Board & CEO*

[Foreign Language]

**Zhenyu Jiang**
*Chief Financial Officer*

Yes, for the consumer side, right, but for the profitability of the GreetBot, which is actually a business -- product for business. At this stage, we think -- we expect they'll be relatively healthy when we reach certain volumes. But again, at this stage, it's probably too early to say because we're still ramping up the volume at this stage. Right, for single units, we expect we will have appropriate allocation about the production cost and other cost. It can be pretty healthy.

**Operator**

The next question is a follow-up from Robert Cowell with 86Research.

**Robert W. Cowell**
*86Research Limited*

I just like an update on -- if we can provide any metrics for the volume of GreetBot that you all are shipping or planning to ship in the near future. And also, there were a number of other AI robotics products that you all announced last year. And I'm interested if any of those other ones, you have updates that you're willing to share.

**Sheng Fu**
*Chairman of the Board & CEO*

[Foreign Language]

**Zhenyu Jiang**
*Chief Financial Officer*

Okay. So we actually launched the product, GreetBot last December, and we have a spring break in between. So we do not have actually, a lot of time to implement those. But also, we have been using a lot of our distributors, who will do secondary development for the actual applications for any particular scenario. So that also will take some time. That's why, at this stage, we do have some volumes, but they're not as significant yet. But we do see a lot of promising signs at this stage.

**Sheng Fu**
*Chairman of the Board & CEO*

[Foreign Language]

**Zhenyu Jiang**
*Chief Financial Officer*

Yes, again we have seen some very promising signs and some customer -- we have some returning customers as well. They bought something -- they bought some robots, now they use it and they say they're likely to come back to buy more.

We have seen -- we have found actually, from the real cases that the GreetBot actually can help a lot and save labor costs in many situations, for example, in museums and in convenience stores. So that's translating, but let me add a little bit more detail in terms of the actual scenarios.

For example, in museums, our GreetBot can function as a tour guide. They will explain, even give introductions to various art pieces in the museums. It has a very high user interaction level. For example, it can -- hundreds of interactions with different people that will -- we can say that one robot can easily replace one human being for this.

But for more people in other situations can replace up to 3 people in terms of the amount of interaction it can provide. And in some -- and in one other scenario is the convenience store, we have a convenience

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 12

store chain. They bought along with it some secondary development on it -- they kind of customized that robot in their stores. Then they like it. They come back, buy 10 of those, and then they put it in different locations.

So in the night in the store, normally they will require 2 people. But now they can have only one person in store and have the robot actually patrolling in the store, moving around. And they can function very well actually. And apparently the convenience store chain, they see the values, and they're doing a lot of modifications using those robots.

**Operator**

[Operator Instructions] There appears to be no further questions. I would now like to turn the conference back over to management for any closing remarks.

**Jing Zhu**
*IR Director*

Thank you all for joining us today, and if you have any further questions, please do not hesitate to contact us. Thank you so much. Bye.

**Operator**
This conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 4

Page 13

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.