PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
BRANDON C. WOLF (SBN 335487)
brandon.wolf@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Defendant*
*Cheetah Mobile Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHEETAH MOBILE, INC. SECURITIES LITIGATION<br><br>GUAN WEI MAO, JUN YU, AND NING WANG, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHEETAH MOBILE INC., SHENG FU, YUK KEUNG NG, VINCENT ZHENYU JIANG, and THOMAS JINTAO REN,<br><br>Defendants. | CASE NO.: 2:20-cv-05696-MWF-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHEETAH MOBILE INC.'S REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE** |

The Court, having considered the Request for Incorporation by Reference and Judicial Notice in Support of the Motion to Dismiss Amended Class Action Complaint for Violations of the Federal Securities Laws by Defendant Cheetah Mobile Inc. (the "Request") and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

IT IS SO ORDERED.

DATED: _____, 2021

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT

1