**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Jeremy Lieberman (*pro hac vice*)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com
Email: jalieberman@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHEETAH MOBILE, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:20-cv-05696-MWF-PVC<br><br>**Declaration of Jeremy A. Lieberman in Support of Plaintiffs' Opposition to Defendant Cheetah Mobile Inc.'s Motion to Dismiss the Amended Class Action Complaint**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Courtroom: 5A<br>Date: August 23, 2021<br>Time: 10:00 a.m. |

## <u>DECLARATION OF JEREMY A. LIEBERMAN</u>

1. I am an attorney admitted *pro hac vice* to practice before the United States District Court for the Central District of California in the above-captioned matter. I am a partner at Pomerantz LLP, co-counsel of record for Lead Plaintiffs Guan Wei Mao ("Mao") and Jun Yu's ("Yu") and Named Plaintiff Ning Wang ("Wang," and together with Mao and Yu, "Plaintiffs"). I make this declaration in support of Plaintiff's Opposition to Defendant Cheetah's Motion to Dismiss the Amended Class Action Complaint. I make this declaration based on personal knowledge and if called upon to do so, I could and would testify competently to the matters attested to in this declaration.

2. Attached to this Declaration as **Exhibit 1** is a true and correct copy of the certified English translation of a webpage containing the "Interim Measures for the Administration of Internet Advertising," promulgated by the State Administration of Industry and Commerce of the People's Republic of China.

3. Attached to this Declaration as **Exhibit 2** is a true and correct copy of a Form 144 signed by Sheng Fu on March 23, 2016, stamped and received by the U.S. Securities and Exchange Commission ("SEC") on March 24, 2016.

4. Attached to this Declaration as **Exhibit 3** is a true and correct copy of a Form 144 signed by Zhenyu Jiang on November 19, 2019, stamped and received by the SEC on November 20, 2019.

5. Attached to this Declaration as **Exhibit 4** is a true and correct copy of a Form 144 signed by Edward Mingyan Sun on November 21, 2019, stamped and received by the SEC on November 22, 2019.

6. Attached to this Declaration as **Exhibit 5** is a true and correct copy of a Form 144 signed by Sheng Fu on November 21, 2019, stamped and received by the SEC on November 22, 2019.

7.    Attached to this Declaration as **Exhibit 6** is a true and correct copy of a Form 144 signed by Yuki Yandan He on November 21, 2019, stamped and received by the SEC on November 22, 2019.

8.    Attached to this Declaration as **Exhibit 7** is a true and correct copy of a Form 144 signed by Pin Zhao[1] on November 21, 2019, stamped and received by the SEC on November 22, 2019.

9.    Attached to this Declaration as **Exhibit 8** is a true and correct copy of a Form 144 signed by Jie Xiao on November 21, 2019, stamped and received by the SEC on November 22, 2019.

10.   Attached to this Declaration as **Exhibit 9** is a true and correct copy of a Form 144 signed by Edward Mingyan Sun on December 23, 2019, stamped and received by the SEC on December 26, 2019.

11.   Attached to this Declaration as **Exhibit 10** is a true and correct copy of a Form 144 signed by Jie Xiao on December 23, 2019, stamped and received by the SEC on December 26, 2019.

12.   Attached to this Declaration as **Exhibit 11** is a true and correct copy of a Form 144 signed by Yuki Yandan He on December 23, 2019, stamped and received by the SEC on December 26, 2019.

13.   Attached to this Declaration as **Exhibit 12** is a true and correct copy of a Form 144 signed by Pin Zhou on December 23, 2019, stamped and received by the SEC on December 26, 2019.

14.   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

[1] Plaintiffs' research indicates that Pin Zhao and Pin Zhou are the same individual.

Executed this day, June 28, 2021, at New York, New York.

By: *Jeremy A. Lieberman* _____
Jeremy A. Lieberman