# EXHIBIT 1



**LEGAL LANGUAGE SERVICES**

*A Division of ALS International, Inc.*
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone (913) 341-3167
Toll Free    (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

June 25, 2021

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office. These documents are designated as:

**State Administration for Industry and Commerce Order No. 87 Interim Measures for the Administration of Internet Advertising**

Maria Victoria Portuguez, Manager with this company, certifies that I Ching Ng, who translated this document, is fluent in Chinese and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this June 25, 2021.

Thomas R. McLean
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires July 31, 2022

Sincerely,

Victor J. Hertz
President & CEO

State Administration for Industry and Commerce Order No. 87 Interim Measures for the Administration of Internet Advertising

file:///N:TRANS_2/JOBS TO PLACE/Corporate/212438-FIRM- LG...

- Official Wechat



- [Image]
  Official Wechat
- [Image]
  Official Weibo

[Image]
Please input the content for the inquiry

Submit Query

- Home page
- Organization
- News
- Political affairs
- Services
- Interaction
- Special topic

- Your location: Homepage> Political Affairs >Government public information

- Title:
- State Administration for Industry and Commerce Order No. 87 Interim Measures for the Administration of Internet Advertising

- Index no.:
- 2019-1550212900571

- Classification of topics:
- Administration's rules and regulation

- Article no.:
- None

- Belonged to agency:
- Advertising Regulatory Office

- Date of final text:
- July 19, 2016

- Issue date:
- February 15, 2019

**Order of the State Administration for Industry and Commerce**

**No. 87**

The Interim Measures for the Administration of Internet Advertising, as deliberated and adopted at the executive meeting of the State Administration for Industry and Commerce ("SAIC"), are hereby issued, and shall come into force on September 1, 2016.

Director: Zhang Mao

July 4, 2016

State Administration for Industry and Commerce Order No. 87 Interim Measures for the Administration of Internet Advertising

file:///N:TRANS_2/JOBS TO PLACE/Corporate/212438-FIRM- LG...

**Interim Measures for the Administration of Internet Advertising**

(Order of the State Administration for Industry and Commerce No. 87 issued on July 4, 2016)

**Article 1** These Measures are developed in accordance with the Advertising Law of the People's Republic of China (hereinafter referred to as the "Advertising Law") and other laws and administrative regulations in order to regulate internet advertising activities, protect the lawful rights and interests of consumers, promote the sound development of the internet advertising industry, and maintain the market economic order of fair competition.

**Article 2** Advertising activities conducted over the Internet shall be governed by the provisions of the Advertising Law and these Measures.

**Article 3** For the purpose of these Measures, "internet advertising" means commercial advertising which directly or indirectly markets goods or services through websites, web pages, internet application programs, and other internet media in the form of text, images, audio, video, or other forms.

The internet advertising as referred to in the preceding clause shall include:

(1)   advertisements which promote goods or services in the form of text, images, and video, among others, containing links;

(2)   e-mail advertisements which promote goods or services;

(3)   paid search advertisements which promote goods or services;

(4)   advertisements in commercial display which promote goods or services, other than the display of the information that is required by laws, regulations or rules to be provided by business operators to consumers, in which case these laws, regulations or rules shall apply; and

(5)   other commercial advertisements which promote goods and services through internet media.

**Article 4** Advertising industry organizations shall be provided with support and encouraged to develop industry rules, strengthen industry self-regulation, promote industry development, guide members in legally conducting internet advertising activities, and promote integrity in the internet advertising industry in accordance with the provisions of laws, regulations, rules and their bylaws.

**Article 5** No entity or individual may, via the Internet, design, produce, serve as an agent for, or publish any advertisement for goods whose manufacture or sale is prohibited, or services whose provision is prohibited, or any goods or services for which the publishing of an advertisement is prohibited by laws or administrative regulations.

It is forbidden to use the Internet to publish advertisements for prescription drugs or tobacco.

**Article 6** No advertisement for special goods or services, such as medical services, drugs, formula food for special medical use, medical instrument, pesticides, veterinary drugs, dietary supplements, which shall be subject to examination by the advertisement examination authority as prescribed by laws and administrative regulations, shall be published unless it has passed the examination.

**Article 7** An internet advertisement should be identifiable, and be conspicuously indicated as an "advertisement," so that consumers are able to identify it as an advertisement.

A paid search advertisement shall be clearly differentiated from the results of natural search.

**Article 8** The publishing or delivery of advertisements by using the Internet shall not affect the normal use of the Web by any user. In an advertisement published on the Internet in the pop-up and other forms, a close sign shall be conspicuously indicated, and closing the advertisement by only one click shall be ensured.

file:///N:TRANS_2/JOBS TO PLACE/Corporate/212438-FIRM- LG...

No deceptive means shall be used to tempt any user to click an advertisement.

No advertisement or advertisement link shall, without authorization, be attached to an e-mail sent by a user.

**Article 9** Internet advertisers, advertising agents, and advertisement publishers shall, in accordance with the law, enter into written contracts among them in their internet advertising activities.

**Article 10** An internet advertiser shall be responsible for the veracity of contents of advertisements.

The entity identification, administrative licensing, citations, and other certification documents which are required for an advertiser to publish an internet advertisement shall be authentic, lawful and valid.

An advertiser may, through the website it established or an internet medium which it has lawful right to use, publish advertisements by itself, or may authorize an internet advertising agent or advertisement publisher to publish advertisements.

When an internet advertiser which authorizes an internet advertising agent or advertisement publisher to publish an advertisement revises the content of the advertisement, it shall, in writing or by any other means which may be confirmed, notify the internet advertising agent or advertisement publisher which provides services to it.

**Article 11** A publisher of the internet advertisements is a natural person, legal person or any other organization that pushes or displays internet advertisements for advertisers or advertising agents, and is able to verify the content of advertisements and decide the publishing of advertisements.

**Article 12** Internet advertisement publishers and advertising agents shall, in accordance with the relevant provisions of the state, establish and improve the rules for the acceptance registration, examination, and archives management of internet advertising service; and examine, verify and register the names, addresses, and valid contact information of advertisers, and other information on entity identity, and establish registration archives and regularly conduct verification and update.

Internet advertisement publishers and advertising operators shall check relevant certification documents and verify the contents of advertisements, and shall not design, produce, represent, or publish advertisements with inconsistent contents or incomplete certification documents.

Internet advertising publishers and advertising operators shall be staffed with advertising review personnel who are familiar with advertising laws and regulations; where conditions permit, special institutions shall be established to be responsible for the review of Internet advertising.

**Article 13** Internet advertisements may be purchased programmatically through information integration, data analysis and other services provided by the advertising demander's platform, media party's platform, and advertising information exchange platform.

For Internet advertisements published through programmatic purchase of advertisements, the platform operator of the advertisement demand side shall clearly indicate the source of the advertisement.

**Article 14** Advertising demand platforms refers to the integrated advertisers of advertisers, providing advertisers of advertisers to the advertiser service platform. The operator of the advertising demander platform is the Internet advertising publisher, advertising operators.

The media platform refers to a media service platform that integrates media resources and provides programmatic advertising distribution and screening for media owners or managers.

The advertising information exchange platform is a data processing platform that provides services such as data exchange, analysis and matching, and transaction settlement.

**Article 15** When an advertising demand-side platform operator, media-party platform operator, advertising information exchange platform operator, and media-party platform members conclude an Internet advertising contract, they shall check the subject's identity certificate and true name, address and effective contact information of the other party to the contract, and establish registration files and verify and update them regularly.

State Administration for Industry and Commerce Order No. 87 Interim Measures for the Administration of Internet Advertising

file:///N:TRANS_2/JOBS TO PLACE/Corporate/212438-FIRM- LG...

Media party platform operators, advertising information exchange platform operators, and media party platform members shall take technical measures and management measures such as deleting, blocking, and disconnecting links that they know or should have known about illegal advertisements to stop them.

**Article 16** Internet advertising activities must not have the following conduct:

(1) Provide or use applications, hardware, etc., to intercept, filter, cover, fast forward and other restrictive measures against other people's legitimate business advertisements;

(2) Use network channels, network equipment, applications, etc. to disrupt normal advertising data transmission, tamper with or obscure other people's legitimate business advertisements, and load advertisements without authorization;

(3) Using false statistical data, dissemination effects, or Internet media value to induce wrong quotations, seeking illegitimate interests or harming the interests of others.

**Article 17** Internet information service providers that do not participate in Internet advertising business activities and only provide information services for Internet advertising shall stop them from publishing illegal advertisements using their information services that they know or should have known.

**Article 18** Administrative penalties for illegal acts of Internet advertising shall be under the jurisdiction of the administrative department for industry and commerce where the advertisement publisher is located. If the administrative department for industry and commerce in the place where the advertisement publisher is located has difficulty in administering advertisers and advertising operators in other places, it may transfer the illegal circumstances of the advertisers or advertising operators to the administrative department for industry and commerce where the advertisers and advertising operators are located.

The administrative department for industry and commerce where the advertiser is located or where the advertising operator is located may also exercise jurisdiction if it first discovers clues about illegality or receives complaints or reports.

Administrative penalties for illegal advertisements published by advertisers themselves shall be under the jurisdiction of the administrative department for industry and commerce where the advertiser is located.

**Article 19** The administrative department for industry and commerce may exercise the following functions and powers when investigating and punishing illegal advertisements:

(1) Conduct on-site inspections of places suspected of engaging in alleged illegal advertising activities;

(2) Interrogate relevant parties suspected of breaking the law, and investigate relevant entities or individuals;

(3) Requesting the parties suspected of violating the law to provide relevant supporting documents within a time limit;

(4) Review and copy contracts, bills, account books, advertising works, and Internet advertising background data related to suspected illegal advertisements, and confirm the content of Internet advertisements by taking screenshots, saving pages as a separate page, and taking photos;

(5) Order to suspend the publication of suspected illegal advertisements that may cause serious consequences.

When the administrative department for industry and commerce exercises the functions and powers stipulated in the preceding clause in accordance with the law, the parties concerned shall assist and cooperate, and shall not refuse, obstruct or conceal the truth.

**Article 20** The technical monitoring records of Internet advertising by the administrative department for industry and commerce may be used as electronic data evidence for administrative punishments or administrative measures for illegal Internet advertising.

**Article 21** In violation of the Clause 1 of Article 5 of these Measures, the use of Internet advertising to promote products or services that are prohibited from being produced or sold, or goods or services for which advertisements are prohibited,

State Administration for Industry and Commerce Order No. 87 Interim Measures for the Administration of Internet Advertising

file:///N:TRANS_2/JOBS TO PLACE/Corporate/212438-FIRM- LG...

shall be penalized in accordance with Clause 5 of Article 57 of the Advertising Law; those who violate the provisions of Clause 2 by using the Internet to publish prescription drugs or tobacco advertisements shall be punished in accordance with the provisions of Article 57, Clauses 2 and 4 of the Advertising Law.

**Article 22** Anyone who violates Article 6 of these Measures by publishing advertisements without review shall be punished in accordance with the provisions of Article 58, Clause 1, Item 14 of the Advertising Law.

**Article 23** Internet advertising that violates Article 7 of these Measures and is not identifiable shall be punished in accordance with the provisions of Clause 3, Article 59 of the Advertising Law.

**Article 24** Violation of the provisions of Clause 1, Article 8 of these Measures by using the Internet to publish advertisements without clearly marking the closure sign and ensuring one-click closure shall be punished in accordance with Clause 2, Article 63 of the Advertising Law; those violating the provisions of Clauses 2 and 3 by deceiving users to click on the content of advertisements, or attaching advertisements or advertisement links to emails sent to users without permission, shall be ordered to correct and impose a penalty exceeding 10,000 yuan and less than 30,000 yuan of fines.

**Article 25** In violation of Clauses 1 and 2 of Article 12 of these Measures, Internet advertising publishers or advertising operators fail to establish and improve advertising business management systems in accordance with relevant national regulations, or fail to check the contents of advertisements, in the event of violation, the penalty shall be imposed in accordance with the provisions of Clause 1 of Article 61 of the Advertising Law.

**Article 26** In the case of any of the following circumstances, a correction shall be ordered and a fine of not less than 10,000 yuan but not more than 30,000 yuan shall be imposed:

(1) The advertising demand-side platform operator violates the provisions of Clause 2, Article 13 of these Measures and publishes advertisements through programmatic purchase without indicating the source;

(2) Media party platform operators, advertising information exchange platform operators, and media party platform members violate the provisions of Clauses 1 and 2 of Article 15 of these Measures and fail to perform relevant obligations.

**Article 27** In violation of the provisions of Article 17 of these Measures, Internet information service providers who knowingly or should know that Internet advertising activities are not stopped shall be punished in accordance with Article 64 of the Advertising Law.

**Article 28** The administrative penalty decision made by the administrative department for industry and commerce in accordance with the Advertising Law and these Measures shall be publicized to the public in accordance with the law through the corporate credit information announcement system.

**Article 29** These Measures shall come into force on September 1, 2016.

Print this page          Close this page

Related links

- [Image] China government website
-            State Council department
-            Agency and department

China FDA    State Intellectual Property Bureau

- [Image] Contact Method

- [Image] Map of website

- [Image] Declaration of website

- Copyright: State Administration for Market Regulation
- Website Identifier bm30000012  Jing ICP Bei 18022388 No.    [Image] Beijing Police Internet Security Filing 11010202008101 No.
- Address: No. 8, Sanlihe East Road, Xicheng District, Beijing Post Code: 100820

State Administration for Industry and Commerce Order No. 87 Interim Measures for the Administration of Internet Advertising

file:///N:TRANS_2/JOBS TO PLACE/Corporate/212438-FIRM- LG...

[Image]

[Logo]  Government website
        Search for error

6/22/2021, 6:27 PM

国家工商行政管理总局令第87号 互联网广告管理暂行办法 　　　　　file:///N:/TRANS_2/JOBS TO PLACE/Corporate/212438 - FIRM - LG ...

Case 2:20-cv-05696-MWF-PVC　　　Document 44-2　　　Filed 06/28/21　　　Page 9 of 14　　　Page ID #:563

- 官方微信



- 官方微信　　·官方微博

请输入要查询的内容

Submit Query

- 首页
- 机构
- 新闻
- 政务
- 服务
- 互动
- 专题

- 你的位置:首页>政务>政府信息公开

    - 标题：
    - 国家工商行政管理总局令第87号 互联网广告管理暂行办法

    - 索引号：
    - 2019-1550212900571

    - 主题分类：
    - 总局规章

    - 文　　号：
    - 无

    - 所属机构：
    - 广告监督管理司

    - 成文日期：
    - 2016年07月19日

    - 发布日期：
    - 2019年02月15日

# 国家工商行政管理总局令

**第87号**

《互联网广告管理暂行办法》已经国家工商行政管理总局局务会议审议通过，现予公布，自2016年9月1日起施行。

局长 张茅

2016年7月4日

国家工商行政管理总局令第87号 互联网广告管理暂行办法      file:///N:/TRANS_2/JOBS TO PLACE/Corporate/212438 - FIRM - LG ...

Case 2:20-cv-05696-MWF-PVC    Document 44-2    Filed 06/28/21    Page 10 of 14    Page ID #:564

# 互联网广告管理暂行办法

（2016年7月4日国家工商行政管理总局令第87号公布）

第一条 为了规范互联网广告活动，保护消费者的合法权益，促进互联网广告业的健康发展，维护公平竞争的市场经济秩序，根据《中华人民共和国广告法》（以下简称广告法）等法律、行政法规，制定本办法。

第二条 利用互联网从事广告活动，适用广告法和本办法的规定。

第三条 本办法所称互联网广告，是指通过网站、网页、互联网应用程序等互联网媒介，以文字、图片、音频、视频或者其他形式，直接或者间接地推销商品或者服务的商业广告。

前款所称互联网广告包括：

（一）推销商品或者服务的含有链接的文字、图片或者视频等形式的广告；

（二）推销商品或者服务的电子邮件广告；

（三）推销商品或者服务的付费搜索广告；

（四）推销商品或者服务的商业性展示中的广告，法律、法规和规章规定经营者应当向消费者提供的信息的展示依照其规定；

（五）其他通过互联网媒介推销商品或者服务的商业广告。

第四条 鼓励和支持广告行业组织依照法律、法规、规章和章程的规定，制定行业规范，加强行业自律，促进行业发展，引导会员依法从事互联网广告活动，推动互联网广告行业诚信建设。

第五条 法律、行政法规规定禁止生产、销售的商品或者提供的服务，以及禁止发布广告的商品或者服务，任何单位或者个人不得在互联网上设计、制作、代理、发布广告。

禁止利用互联网发布处方药和烟草的广告。

第六条 医疗、药品、特殊医学用途配方食品、医疗器械、农药、兽药、保健食品广告等法律、行政法规规定须经广告审查机关进行审查的特殊商品或者服务的广告，未经审查，不得发布。

第七条 互联网广告应当具有可识别性，显著标明"广告"，使消费者能够辨明其为广告。

付费搜索广告应当与自然搜索结果明显区分。

第八条 利用互联网发布、发送广告，不得影响用户正常使用网络。在互联网页面以弹出等形式发布的广告，应当显著标明关闭标志，确保一键关闭。

国家工商行政管理总局令第87号 互联网广告管理暂行办法        file:///N:/TRANS_2/JOBS TO PLACE/Corporate/212438 - FIRM - LG ...

Case 2:20-cv-05696-MWF-PVC    Document 44-2    Filed 06/28/21    Page 11 of 14   Page ID #:565

不得以欺骗方式诱使用户点击广告内容。

未经允许，不得在用户发送的电子邮件中附加广告或者广告链接。

第九条 互联网广告主、广告经营者、广告发布者之间在互联网广告活动中应当依法订立书面合同。

第十条 互联网广告主应当对广告内容的真实性负责。

广告主发布互联网广告需具备的主体身份、行政许可、引证内容等证明文件，应当真实、合法、有效。

广告主可以通过自设网站或者拥有合法使用权的互联网媒介自行发布广告，也可以委托互联网广告经营者、广告发布者发布广告。

互联网广告主委托互联网广告经营者、广告发布者发布广告，修改广告内容时，应当以书面形式或者其他可以被确认的方式通知为其提供服务的互联网广告经营者、广告发布者。

第十一条 为广告主或者广告经营者推送或者展示互联网广告，并能够核对广告内容、决定广告发布的自然人、法人或者其他组织，是互联网广告的发布者。

第十二条 互联网广告发布者、广告经营者应当按照国家有关规定建立、健全互联网广告业务的承接登记、审核、档案管理制度；审核查验并登记广告主的名称、地址和有效联系方式等主体身份信息，建立登记档案并定期核实更新。

互联网广告发布者、广告经营者应当查验有关证明文件，核对广告内容，对内容不符或者证明文件不全的广告，不得设计、制作、代理、发布。

互联网广告发布者、广告经营者应当配备熟悉广告法规的广告审查人员；有条件的还应当设立专门机构，负责互联网广告的审查。

第十三条 互联网广告可以以程序化购买广告的方式，通过广告需求方平台、媒介方平台以及广告信息交换平台等所提供的信息整合、数据分析等服务进行有针对性地发布。

通过程序化购买广告方式发布的互联网广告，广告需求方平台经营者应当清晰标明广告来源。

第十四条 广告需求方平台是指整合广告主需求，为广告主提供发布服务的广告主服务平台。广告需求方平台的经营者是互联网广告发布者、广告经营者。

媒介方平台是指整合媒介方资源，为媒介所有者或者管理者提供程序化的广告分配和筛选的媒介服务平台。

广告信息交换平台是提供数据交换、分析匹配、交易结算等服务的数据处理平台。

第十五条 广告需求方平台经营者、媒介方平台经营者、广告信息交换平台经营者以及媒介方平台的成员，在订立互联网广告合同时，应当查验合同相对方的主体身份证明文件、真实名称、地址和有效联系方式等信息，建立登记档案并定期核实更新。

6/22/2021, 6:27 PM

国家工商行政管理总局令第87号 互联网广告管理暂行办法　　　　　　　file:///N:/TRANS_2/JOBS TO PLACE/Corporate/212438 - FIRM - LG ...

Case 2:20-cv-05696-MWF-PVC　　Document 44-2　　Filed 06/28/21　　Page 12 of 14　Page ID #:566

　　　媒介方平台经营者、广告信息交换平台经营者以及媒介方平台成员，对其明知或者应知的违法广告，应当采取删除、屏蔽、断开链接等技术措施和管理措施，予以制止。

　　　第十六条　互联网广告活动中不得有下列行为：

　　　（一）提供或者利用应用程序、硬件等对他人正当经营的广告采取拦截、过滤、覆盖、快进等限制措施；

　　　（二）利用网络通路、网络设备、应用程序等破坏正常广告数据传输，篡改或者遮挡他人正当经营的广告，擅自加载广告；

　　　（三）利用虚假的统计数据、传播效果或者互联网媒介价值，诱导错误报价，谋取不正当利益或者损害他人利益。

　　　第十七条　未参与互联网广告经营活动，仅为互联网广告提供信息服务的互联网信息服务提供者，对其明知或者应知利用其信息服务发布违法广告的，应当予以制止。

　　　第十八条　对互联网广告违法行为实施行政处罚，由广告发布者所在地工商行政管理部门管辖。广告发布者所在地工商行政管理部门管辖异地广告主、广告经营者有困难的，可以将广告主、广告经营者的违法情况移交广告主、广告经营者所在地工商行政管理部门处理。

　　　广告主所在地、广告经营者所在地工商行政管理部门先行发现违法线索或者收到投诉、举报的，也可以进行管辖。

　　　对广告主自行发布的违法广告实施行政处罚，由广告主所在地工商行政管理部门管辖。

　　　第十九条　工商行政管理部门在查处违法广告时，可以行使下列职权：

　　　（一）对涉嫌从事违法广告活动的场所实施现场检查；

　　　（二）询问涉嫌违法的有关当事人，对有关单位或者个人进行调查；

　　　（三）要求涉嫌违法当事人限期提供有关证明文件；

　　　（四）查阅、复制与涉嫌违法广告有关的合同、票据、账簿、广告作品和互联网广告后台数据，采用截屏、页面另存、拍照等方法确认互联网广告内容；

　　　（五）责令暂停发布可能造成严重后果的涉嫌违法广告。

　　　工商行政管理部门依法行使前款规定的职权时，当事人应当协助、配合，不得拒绝、阻挠或者隐瞒真实情况。

　　　第二十条　工商行政管理部门对互联网广告的技术监测记录资料，可以作为对违法的互联网广告实施行政处罚或者采取行政措施的电子数据证据。

　　　第二十一条　违反本办法第五条第一款规定，利用互联网广告推销禁止生产、销售的产品或者提供的服务，或者禁止发布广告的商品或者服务的，依照广告法第五十七条第五项的规

国家工商行政管理总局令第87号 互联网广告管理暂行办法　　　　　　　file:///N:/TRANS_2/JOBS TO PLACE/Corporate/212438 - FIRM - LG ...

Case 2:20-cv-05696-MWF-PVC　　Document 44-2　　Filed 06/28/21　　Page 13 of 14　Page ID #:567

定予以处罚；违反第二款的规定，利用互联网发布处方药、烟草广告的，依照广告法第五十七条第二项、第四项的规定予以处罚。

第二十二条　违反本办法第六条规定，未经审查发布广告的，依照广告法第五十八条第一款第十四项的规定予以处罚。

第二十三条　互联网广告违反本办法第七条规定，不具有可识别性的，依照广告法第五十九条第三款的规定予以处罚。

第二十四条　违反本办法第八条第一款规定，利用互联网发布广告，未显著标明关闭标志并确保一键关闭的，依照广告法第六十三条第二款的规定进行处罚；违反第二款、第三款规定，以欺骗方式诱使用户点击广告内容的，或者未经允许，在用户发送的电子邮件中附加广告或者广告链接的，责令改正，处一万元以上三万元以下的罚款。

第二十五条　违反本办法第十二条第一款、第二款规定，互联网广告发布者、广告经营者未按照国家有关规定建立、健全广告业务管理制度的，或者未对广告内容进行核对的，依照广告法第六十一条第一款的规定予以处罚。

第二十六条　有下列情形之一的，责令改正，处一万元以上三万元以下的罚款：

（一）广告需求方平台经营者违反本办法第十三条第二款规定，通过程序化购买方式发布的广告未标明来源的；

（二）媒介方平台经营者、广告信息交换平台经营者以及媒介方平台成员，违反本办法第十五条第一款、第二款规定，未履行相关义务的。

第二十七条　违反本办法第十七条规定，互联网信息服务提供者明知或者应知互联网广告活动违法不予制止的，依照广告法第六十四条规定予以处罚。

第二十八条　工商行政管理部门依照广告法和本办法规定所做出的行政处罚决定，应当通过企业信用信息公示系统依法向社会公示。

第二十九条　本办法自2016年9月1日起施行。

打印本页　　　　关闭本页

相关链接

- 中国政府网
  - 国务院部门
  - 机关司局

国家药品监督管理局 国家知识产权局

- 联系方式
- 网站地图
- 网站声明

- 版权所有：国家市场监督管理总局
- 网站标识码bm30000012　京ICP备18022388号　　京公网安备 11010202008101号
- 地址：北京市西城区三里河东路八号　邮政编码：100820

Case 2:20-cv-05696-MWF-PVC    Document 44-2    Filed 06/28/21    Page 14 of 14    Page ID #:568

