**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Jeremy Lieberman (*pro hac vice*)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com
Email: jalieberman@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHEETAH MOBILE, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:20-cv-05696-MWF-PVC **[Proposed] Order Granting Plaintiffs' Request for Judicial Notice** |

The Court, having considered Plaintiffs' Request for Judicial Notice in Support of Plaintiffs' Opposition to Defendant Cheetah Mobile Inc.'s Motion to Dismiss the Amended Class Action Complaint ("Plaintiffs' Request") and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS Plaintiffs' Request in its entirety.

IT IS SO ORDERED

DATED: _____, 2021

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT

1