LAURENCE M. ROSEN (SBN 219683)
lrosen@rosenlegal.com
PHILLIP KIM (admitted *pro hac vice*)
pkim@rosenlegal.com
JING CHEN (admitted *pro hac vice*)
jchen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHEETAH MOBILE, INC. SECURITIES LITIGATION<br><br>GUAN WEI MAO, JUN YU, AND NING WANG, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHEETAH MOBILE, INC., SHENG FU, YUK KEUNG NG, VINCENT ZHENYU JIANG, and THOMAS JINTAO REN,<br><br>Defendants. | CASE NO.: 2:20-cv-05696-MWF-PVC<br><br>DECLARATION OF PHILLIP KIM IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF DEADLINE TO FILE AND RESPOND TO SECOND AMENDED COMPLAINT<br><br>Judge: Hon. Michael W. Fitzgerald<br>Complaint Filed: June 25, 2020 |

DECLARATION OF PHILLIP KIM IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF DEADLINE TO FILE AND RESPOND TO SECONED AMENDED COMPLAINT— 2:20-cv-05696-MWF-PVC

I, Phillip Kim, hereby declare as follows:

1.      I am an attorney at The Rosen Law Firm, P.A., Court appointed Lead Counsel for Lead Plaintiffs Guan Wei Mao, Jun Yu and Ning Wang ("Plaintiffs"). I make this declaration in support of the Stipulated Request for Extension of Deadline to File and Respond to Second Amended Complaint. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      On March 30, 2022, the Court granted Cheetah's Motion to Dismiss with leave to amend and ordered Plaintiffs to file a Second Amended Complaint on or before April 18, 2022 (Dkt. No. 61).

3.      Due to the COVID-19 pandemic's continued disruption of life in the People's Republic of China, where a substantial number of potential witnesses with information and knowledge relevant to allegations supporting Plaintiffs' claims and that may address the purported deficiencies identified by the Court in granting Cheetah's Motion to Dismiss reside, Plaintiffs' investigators have experienced significant obstacles in contacting these witnesses. Plaintiffs require additional time to sufficiently investigate allegations supporting their forthcoming Second Amended Complaint in light of the obstacles created by the COVID-19 pandemic.

4.      Accordingly, Plaintiffs request that the deadline for the filing of the Second Amended Complaint be extended forty (40) days to May 28, 2022.

5.      Defendants indicate that they do not intend to take any position regarding an extension for filing the Second Amended Complaint.

6.      Defendants request, and Plaintiffs do not oppose, that the deadline for Defendants to move, answer, or otherwise respond to the Second Amended Complaint shall be 60 days from filing of the Second Amended Complaint, and that, in the event Defendants file a motion to dismiss, Plaintiffs shall have 60 days from the filing of

1

DECLARATION OF PHILLIP KIM IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF DEADLINE TO FILE AND RESPOND TO SECONED AMENDED COMPLAINT— 2:20-cv-05696-MWF-PVC

such a motion to file papers in opposition to the motion, and Defendants shall have 45 days from the filing of Plaintiffs' opposition papers to file reply papers.

7.     There have been no prior requests to extend these deadlines. There have been two prior requests to extend deadlines for responding to Plaintiffs' First Amended Complaint in this action, both of which were granted. See Dkt. Nos. 11–12, 52–53.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 8th day of April 2022, at New York, NY.

DATED:  April 8, 2022

*/s/ Phillip Kim*
Phillip Kim

2

DECLARATION OF PHILLIP KIM IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF DEADLINE TO FILE AND RESPOND TO SECONED AMENDED COMPLAINT— 2:20-cv-05696-MWF-PVC

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On April 8, 2022, I electronically filed the foregoing DECLARATION OF PHILLIP KIM IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF DEADLINE TO FILE AND RESPOND TO SECOND AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 8, 2022.


/s/ *Phillip Kim*
Phillip Kim

---

3

DECLARATION OF PHILLIP KIM IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF DEADLINE TO FILE AND RESPOND TO SECONED AMENDED COMPLAINT— 2:20-cv-05696-MWF-PVC