NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHEETAH MOBILE, INC. SECURITIES LITIGATION<br><br>GUAN WEI MAO, JUN YU, AND NING WANG, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHEETAH MOBILE, INC., SHENG FU, YUK KEUNG NG. VINCENT ZHENYU JIANG, and THOMAS JINTAO REN,<br><br>Defendants. | CASE NO.: CV 20-5696-MWF (PVCx)<br><br>ORDER EXTENDING DEADLINE TO FILE AND RESPOND TO SECOND AMENDED COMPLAINT |

ORDER

This matter comes before the Court on the Parties' Stipulated Request for Extension of Deadline to File and Respond to Second Amended Complaint (the "Stipulation"). Having considered the Stipulation and good cause appearing therefor:

The Court GRANTS the Stipulation and ORDERS the following:

1. The deadline for Plaintiffs to file the Second Amended Complaint is extended to May 9, 2022;

2. The deadline for Defendants to move, answer, or otherwise respond to the Second Amended Complaint is extended to 30 days from filing of the Second Amended Complaint;

3. In the event Defendants file a motion to dismiss, Plaintiffs shall have 21 days from the filing of such a motion to file papers in opposition to the motion, and Defendants shall have 14 days from the filing of Plaintiffs' opposition papers to file reply papers.

4. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, including but not limited to arguments concerning personal jurisdiction, or any other application to any court that any party may have with respect to the claims set forth in this action.

IT IS SO ORDERED.

Dated:  April 11, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge